**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DINESH BANURS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> LI AUTO INC., XIANG LI, TIE LI, and DONGHUI MA, <br><br> Defendants. | Case No.: 1:24-cv-03470-VMS <br><br> Hon. Vera M. Scanlon |
| SAQIB CHAUDHARY, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LI AUTO INC., XIANG LI, TIE LI, and DONGHUI MA, <br><br> Defendants. | Case No.: 1:24-cv-03725-FB-VMS <br><br> Hon. Frederic Block |

**NOTICE OF MOTION OF ASSETS MANAGEMENT LLC FOR CONSOLIDATION
OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF,
AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE**

**ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Assets Management LLC ("Movant") respectfully moves

this Court for an order: (1) consolidating the above-captioned actions (the "Actions"), (2)

appointing Movant as Lead Plaintiff pursuant to § 21D of the Securities Exchange Act of 1934

("Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the

"PSLRA") and (3) approving Movant's selection of Levi & Korsinsky, LLP as Lead Counsel for

the Class.

Movant seeks consolidation of the Actions, appointment as lead plaintiff, and approval of its choice of counsel pursuant to the Exchange Act, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based on this notice, the attached Memorandum of Law, the Declaration of Adam M. Apton in support thereof, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Dated: July 9, 2024                                    Respectfully Submitted,

                                                       **LEVI & KORSINSKY, LLP**

                                                       By: */s/ Adam M. Apton*
                                                       Adam M. Apton
                                                       33 Whitehall Street, 17th Floor
                                                       New York, NY 10004
                                                       Tel: (212) 363-7500
                                                       Fax: (212) 363-7171
                                                       Email: aapton@zlk.com

                                                       *Lead Counsel for Assets Management LLC*
                                                       *and [Proposed] Lead Counsel for the Class*