# EXHIBIT B

| Client Name | Assets Management LLC |
|---|---|
| Company Name | Li Auto Inc. |
| Ticker Symbol | LI |
| Security Type | |
| Class Period Start | 02-26-2024 |
| Class Period End | 05-20-2024 |
| 90-DAY Lookback Period Start | 05-21-2024 |
| 90-DAY Lookback Period End | 07-09-2024 |
| 90-DAY Lookback Average | $ 19.52 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $42,285.45 |
| DURA LIFO* Total | $42,285.45 |
| Gross Shares Purchased | 3,000 |
| Net Shares Retained | 3,000 |
| Net Funds Expended | $100,860.00 |

| Assets Management LLC | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchases | | | Sales | | | | | | | Retained | | | | Losses | |
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 03-20-2024 | 3000 | 33.62 | $ 100,860.00 | | | | | | - | 3000 | 3000 | $ 19.52 | $ 58,574.55 | $ 42,285.45 | $ 42,285.45 |
| Total: | 3,000 | | $100,860.00 | | | | | | | 3,000 | 3,000 | | $58,574.55 | $42,285.45 | $42,285.45 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.