# EXHIBIT C

# Pomerantz Law Firm Announces the Filing of a Class Action Against Li Auto Inc. and Certain Officers - LI

**May 10, 2024 5:10 PM EDT | Source: Pomerantz LLP (/company/7611/Pomerantz-LLP)**

New York, New York--(Newsfile Corp. - May 10, 2024) - Pomerantz LLP announces that a class action lawsuit has been filed against Li Auto Inc. ("Li Auto" or the "Company") (NASDAQ: LI) and certain officers. The class action, filed in the United States District Court for the Eastern District of New York, and docketed under 24-cv- 03470, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Li Auto securities between February 26, 2024 and March 20, 2024, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased or otherwise acquired Li Auto securities during the Class Period, you have until July 9, 2024 to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com (https://api.newsfilecorp.com/redirect/MA58GTzDJa). To discuss this action, contact Danielle Peyton at newaction@pomlaw.com (mailto:newaction@pomlaw.com) or 646-581-9980 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

[**Click here for information about joining the class action**] (https://api.newsfilecorp.com/redirect/bVKoxi3Nbp)

Li Auto operates in the energy vehicle market in the People's Republic of China and designs, develops, manufactures, and sells smart electric vehicles. The Company's product line includes multi-purpose vehicles and sport utility vehicles.

In early 2024, Li Auto made a series of announcements touting the purportedly high demand for its electric vehicles and representing that the Company was "consistently improving operating efficiency throughout the year." In late February 2024, Li Auto announced that it expected to deliver between 100,000 and 103,000 vehicles in the first quarter of 2024, "representing an increase of 90.2% to 95.9% from the first quarter of 2023." Shortly thereafter, on March 1, 2024, Li Auto launched its first battery electric vehicle model, the Li MEGA. According to the Company, the Li MEGA "provides big families with a blend of energy replenishment experience as efficient as traditional [internal combustion engine] vehicle refueling, next-generation design and exceptionally low drag coefficient, roomy and comfortable space, flagship-level performance and safety features, and superior intelligent experience."

Throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Li Auto had overstated the demand for its vehicles and the efficacy of its operating strategy in launching the Li MEGA; (ii) accordingly, the Company was unlikely to meet its Q1 2024 vehicle deliveries estimate; (iii) the foregoing, once revealed, was likely to have a material negative impact on the Company's financial condition; and (iv) as a result, the Company's public statements were materially false and misleading at all relevant times.

On March 21, 2024, Li Auto issued a press release disclosing that, "[d]ue to lower-than-expected order intake, the Company now expects its vehicle deliveries for the first quarter of 2024 to be between 76,000 and 78,000 vehicles, revised from the previous vehicle delivery outlook of between 100,000 and 103,000 vehicles." In addition, the Company stated that the Li MEGA had an operating strategy that was "mis-paced," noting that operations were planned as if the model had already

Case 1:24-cv-03470-DG-VMS　Document 11-6　Filed 07/09/24　Page 3 of 3 PageID #: 70

entered the "scaling phase" of sales-that is, the phase focusing mainly on customer acquisition, team building, and operational efficiency for sustainable growth-while it was still in the early "validation" period, during which the Company would focus on creating a product market fit by idea validation and product refinement. Further, the Company stated that it will revert to the validation phase of sales by shifting its focus toward its core user group, target sales to cities with stronger purchasing power, and then will look to expand to a broader user base.

On this news, Li Auto's American Depositary Share ("ADS") price fell $2.55 per ADS, or 7.48%, to close at $31.53 per ADS on March 21, 2024.

As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See www.pomlaw.com (https://api.newsfilecorp.com/redirect/3jZvgC3yzo).

Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Danielle Peyton
Pomerantz LLP
dpeyton@pomlaw.com (mailto:dpeyton@pomlaw.com)
646-581-9980 ext. 7980



To view the source version of this press release, please visit https://www.newsfilecorp.com/release/208861 (https://api.newsfilecorp.com/redirect/NBLyQFyreG)

SOURCE: Pomerantz LLP (/company/7611/Pomerantz-LLP)