UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DINESH BANURS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LI AUTO INC., XIANG LI, TIE LI, and DONGHUI MA,<br><br>Defendants. | Case No.  1:24-cv-03470-VMS |
| SAQIB CHAUDHARY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LI AUTO INC., XIANG LI, TIE LI, and DONGHUI MA,<br><br>Defendants. | Case No.  1:24-cv-03725-FB-JRC |

NOTICE OF MOTION OF XU BO FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Xu Bo ("Bo"), by and through his counsel, will and does hereby move this Court, pursuant to Federal Rule of Civil Procedure 42 and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order: (1) consolidating the above-captioned related actions (the "Related Actions"); (2) appointing Bo as Lead Plaintiff on behalf of a class (the "Class") consisting of all persons and entities that purchased or otherwise acquired Li Auto Inc. securities between February 26, 2024 and May 20, 2024, inclusive; and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

Bo is aware of Rule III.b. of the Individual Practice Rules of the Honorable Vera M. Scanlon ("Rule III.b."), which provides, in relevant part, that "[l]itigants shall make . . . non-dispositive motions by letter motion" and that "[p]arties must make a good faith effort . . . to resolve disputes before making a motion." Here, pursuant to the PSLRA, the deadline to file a motion for appointment as Lead Plaintiff in the above-captioned action is July 9, 2024, on which date any member of the putative Class may so move. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II). Bo will thus not know the identities of the other putative Class members who intend to file competing Lead Plaintiff motions until July 10, 2024—the day after the statutory deadline—making a good faith effort to resolve disputes prior to the filing of Bo's motion papers impracticable. Moreover, under the PSLRA, the Court is to appoint as Lead Plaintiff the movant "that the court determines to be most capable of adequately representing the interests of class members" (*id.* § 78u-4(a)(3)(B)(i)), which requires a determination of, *inter alia*, whether movants have timely filed their motion by the PSLRA's statutory deadline (*see id.* § 78u-4(a)(3)(B)(iii)(I)). Accordingly, to timely file this motion with the Court, Bo respectfully

1

submits that the filing of a formal motion, made on notice, along with a supporting memorandum of law, declaration, and proposed order on the July 9, 2024 motion deadline is necessary in this instance to preserve his statutory right to seek appointment as Lead Plaintiff pursuant to the PSLRA.  Under these circumstances, Bo respectfully requests that compliance with Rule III.b. be waived in this instance.

Dated: July 9, 2024

Respectfully submitted,

POMERANTZ LLP

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
Thomas H. Przybylowski
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com
tprzybylowski@pomlaw.com

*Counsel for Xu Bo and Proposed Lead Counsel for the Class*

HAO LAW FIRM
Junbo Hao
Room 3-401 No. 2 Building,
No. 1 Shuangliubei Street
100024 Beijing
People's Republic of China
Telephone: +86 137-1805-2888
jhao@haolaw.cn

*Additional Counsel for Xu Bo*

2