# EXHIBIT A

Case 1:24-cv-03470-DG-VMS    Document 12-4    Filed 07/09/24    Page 1 of 3 PageID #: 178

**Li Auto Inc. (LI)**
**Class Period: February 26, 2024 to May 20, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 50-Days* Mean Price $19.5730 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Xu Bo | 2/28/2024 | 989 | $45.0800 | ($44,584) | 2/26/2024 | (500) | $37.7500 | $18,875 | | | | |
| Xu Bo | 2/28/2024 | 5,511 | $44.9200 | ($247,554) | 2/26/2024 | (500) | $38.1500 | $19,075 | | | | |
| Xu Bo | 2/28/2024 | 4,000 | $43.9000 | ($175,600) | 2/26/2024 | (500) | $37.5000 | $18,750 | | | | |
| Xu Bo | 2/29/2024 | 2,000 | $45.1000 | ($90,200) | 2/26/2024 | (1,000) | $38.5500 | $38,550 | | | | |
| Xu Bo | 3/1/2024 | 2,000 | $45.1300 | ($90,260) | 2/26/2024 | (1,000) | $39.1500 | $39,150 | | | | |
| Xu Bo | 3/1/2024 | 2,000 | $44.8000 | ($89,600) | 2/26/2024 | (1,000) | $39.8500 | $39,850 | | | | |
| Xu Bo | 3/1/2024 | 3,500 | $45.0000 | ($157,500) | 2/26/2024 | (1,000) | $39.9000 | $39,900 | | | | |
| Xu Bo | 3/1/2024 | 2,000 | $44.5100 | ($89,020) | 2/26/2024 | (1,000) | $40.1500 | $40,150 | | | | |
| Xu Bo | 3/1/2024 | 2,000 | $44.7100 | ($89,420) | 2/26/2024 | (1,000) | $40.5500 | $40,550 | | | | |
| Xu Bo | 3/1/2024 | 2,000 | $44.7400 | ($89,480) | 2/26/2024 | (1,000) | $40.7200 | $40,720 | | | | |
| Xu Bo | 3/1/2024 | 2,000 | $44.8500 | ($89,700) | 2/26/2024 | (1,000) | $41.4200 | $41,420 | | | | |
| Xu Bo | 3/1/2024 | 2,000 | $44.8500 | ($89,700) | 2/26/2024 | (2,000) | $41.2600 | $82,520 | | | | |
| Xu Bo | 3/1/2024 | 1,000 | $44.8000 | ($44,800) | 2/27/2024 | (2,000) | $44.5000 | $89,000 | | | | |
| Xu Bo | 3/1/2024 | 1,000 | $44.6000 | ($44,600) | 2/27/2024 | (2,000) | $44.5200 | $89,040 | | | | |
| Xu Bo | 3/1/2024 | 1,000 | $44.5000 | ($44,500) | 2/27/2024 | (2,000) | $45.8500 | $91,700 | | | | |
| Xu Bo | 3/1/2024 | 1,000 | $44.4500 | ($44,450) | 2/27/2024 | (2,000) | $46.1500 | $92,300 | | | | |
| Xu Bo | 3/1/2024 | 1,000 | $44.3000 | ($44,300) | 2/27/2024 | (2,000) | $46.0500 | $92,100 | | | | |
| Xu Bo | 3/1/2024 | 1,000 | $44.1000 | ($44,100) | 2/27/2024 | (500) | $46.2500 | $23,125 | | | | |
| Xu Bo | 3/1/2024 | 1,000 | $43.8500 | ($43,850) | 2/28/2024 | (4,000) | $44.7000 | $178,800 | | | | |
| Xu Bo | 3/1/2024 | 1,000 | $43.9500 | ($43,950) | 2/29/2024 | (2,000) | $45.7000 | $91,400 | | | | |
| Xu Bo | 3/1/2024 | 1,000 | $43.9500 | ($43,950) | 2/29/2024 | (2,000) | $45.7000 | $91,400 | | | | |
| Xu Bo | 3/4/2024 | 2,000 | $39.9000 | ($79,800) | 3/4/2024 | (1,500) | $37.6600 | $56,490 | | | | |
| Xu Bo | 3/4/2024 | 1,500 | $39.5000 | ($59,250) | 4/19/2024 | (18,500) | $26.6000 | $492,100 | | | | |
| Xu Bo | 3/4/2024 | 2,000 | $38.5400 | ($77,080) | 4/29/2024 | (500) | $26.5200 | $13,260 | | | | |
| Xu Bo | 3/4/2024 | 1,500 | $37.8500 | ($56,775) | 4/30/2024 | (1,000) | $26.5500 | $26,550 | | | | |
| Xu Bo | 3/4/2024 | 2,000 | $41.9985 | ($83,997) | 5/1/2024 | (2,000) | $26.2800 | $52,560 | | | | |
| Xu Bo | 3/4/2024 | 2,000 | $40.8000 | ($81,600) | 5/2/2024 | (500) | $28.7500 | $14,375 | | | | |
| Xu Bo | 4/26/2024 | 1,000 | $25.4500 | ($25,450) | 5/2/2024 | (500) | $28.8500 | $14,425 | | | | |
| Xu Bo | 4/29/2024 | 500 | $26.0100 | ($13,005) | 5/2/2024 | (500) | $28.8500 | $14,425 | | | | |
| Xu Bo | 4/29/2024 | 1,000 | $26.6500 | ($26,650) | 5/2/2024 | (500) | $28.9500 | $14,475 | | | | |
| Xu Bo | 4/30/2024 | 1,000 | $26.2500 | ($26,250) | 5/2/2024 | (500) | $29.0500 | $14,525 | | | | |
| Xu Bo | 5/2/2024 | 1,000 | $28.4500 | ($28,450) | 5/6/2024 | (500) | $30.1400 | $15,070 | | | | |
| Xu Bo | 5/2/2024 | 1,500 | $29.1600 | ($43,740) | 5/6/2024 | (500) | $30.5000 | $15,250 | | | | |

*Avg Closing Prices from May 20, 2024 to July 8, 2024

**Li Auto Inc. (LI)**
**Class Period: February 26, 2024 to May 20, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 50-Days* Mean Price $19.5730 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Xu Bo | 5/3/2024 | 1,000 | $27.7500 | ($27,750) | 5/9/2024 | (2,000) | $27.3500 | $54,700 | | | | |
| Xu Bo | 5/6/2024 | 1,000 | $29.8200 | ($29,820) | 5/13/2024 | (6,000) | $27.0300 | $162,180 | | | | |
| Xu Bo | 5/6/2024 | 1,000 | $29.5300 | ($29,530) | 5/20/2024 | (12,500) | $21.9500 | $274,375 | | | | |
| Xu Bo | 5/6/2024 | 1,000 | $29.2200 | ($29,220) | 5/24/2024 | (1,000) | $20.6660 | $20,666 | | | | |
| Xu Bo | 5/7/2024 | 1,000 | $28.7500 | ($28,750) | 5/24/2024 | (500) | $20.6660 | $10,333 | | | | |
| Xu Bo | 5/7/2024 | 1,000 | $28.3500 | ($28,350) | 5/31/2024 | (500) | $20.5411 | $10,271 | | | | |
| Xu Bo | 5/8/2024 | 1,000 | $27.5000 | ($27,500) | | | | | | | | |
| Xu Bo | 5/8/2024 | 1,000 | $27.1200 | ($27,120) | | | | | | | | |
| Xu Bo | 5/8/2024 | 1,000 | $26.4900 | ($26,490) | | | | | | | | |
| Xu Bo | 5/20/2024 | 1,000 | $24.2500 | ($24,250) | | | | | | | | |
| Xu Bo | 5/20/2024 | 2,000 | $22.2500 | ($44,500) | | | | | | | | |
| Xu Bo | 5/20/2024 | 2,000 | $21.7500 | ($43,500) | | | | | | | | |
| Xu Bo | 5/20/2024 | 2,000 | $22.0500 | ($44,100) | | | | | | | | |
| Xu Bo | 5/20/2024 | 2,000 | $21.4000 | ($42,800) | | | | | | | | |
| Xu Bo | 5/20/2024 | 2,000 | $21.5500 | ($43,100) | | | | | | | | |
| Xu Bo | 5/20/2024 | 1,500 | $21.5100 | ($32,265) | | | | | | | | |
| Xu Bo | 5/20/2024 | 2,000 | $21.4500 | ($42,900) | | | | | | | | |
| **Xu Bo** | | **79,500** | | **($2,915,110)** | | **(79,500)** | | **$2,574,405** | **2,000** | **0** | **$0** | **($340,706)** |

*Avg Closing Prices from May 20, 2024 to July 8, 2024