**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DINESH BANURS, Individually and On Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>        v.<br><br>LI AUTO INC., XIANG LI, TIE LI, and DONGHUI MA,<br><br>                  Defendants. | Case No. 1:24-cv-03470-VMS |
| SAQIB CHAUDHARY, Individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>        v.<br><br>LI AUTO INC., XIANG LI, TIE LI, and DONGHUI MA,<br><br>                  Defendants. | Case No. 1:24-cv-03725-FB-VMS |

**DECLARATION OF JAMES M. WILSON, JR. IN SUPPORT OF CHARLES HANNA'S MOTION FOR: (1) CONSOLIDATION OF THE RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL**

I, James M. Wilson, Jr., declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted in this Court. I am a partner in the law firm of Faruqi & Faruqi, LLP. I submit this declaration in support of the motion filed by Charles Hanna ("Hanna"), for: (1) Consolidation of the Related Actions; (2) Appointment as Lead Plaintiff; and (3) Approval of Lead Counsel. I have personal knowledge of the facts set forth herein and would testify thereto if called.

2.      Attached as Exhibits A through F are true and correct copies of the following documents:

Exhibit A:      First Notice of Pendency of a Class Action

Exhibit B:      Hanna's PSLRA Certification

Exhibit C:      Chart setting forth Hanna's financial interest in this litigation

Exhibit D:      Declaration of Hanna

Exhibit E:      Firm Resume of Faruqi & Faruqi, LLP

Exhibit F:      Women's Business Enterprise National Council Certificate

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 9th day of July 2024 at New York, NY.

*/s/ James M. Wilson, Jr.*
James M. Wilson, Jr.