# EXHIBIT C

**Li Auto Inc.**
**Class Period: February 26, 2024 and May 20, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Account Name | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Net Shares Retained | Net Funds Expended | 90-Days* Mean Price $19.5248 Estimated Value | Estimated Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Summary** | | | | | | | | | | | | |
| **Account 1** | | **(40,000)** | | **($1,449,480.00)** | | **40,000** | | **$1,619,196.00** | **0** | **$169,716.00** | **$585,745.46** | **($476,050.54)** |
| **Account 2** | | **(500)** | | **($14,875.00)** | | **0** | | **$0.00** | **(500)** | **($14,875.00)** | **$9,762.42** | **($5,112.58)** |
| **Charles Hanna Account Totals** | | **(40,500)** | | **($1,464,355.00)** | | **40,000** | | **$1,619,196.00** | **(500)** | **$154,841.00** | | **($481,163.12)** |
| **Charles Hanna - Account 1** | | **Pre-Class Period Holdings: 30,000 Shares** | | | | | | | | | | |
| | | | | | 2/26/2024 | 30,000 | $41.0504 | $1,231,512.00 | | | | |
| | 3/4/2024 | (10,000) | $37.7280 | ($377,280.00) | | | | | | | | |
| | 3/6/2024 | (10,000) | $37.7500 | ($377,500.00) | | | | | | | | |
| | | | | | 3/6/2024 | 10,000 | $38.7684 | $387,684.00 | | | | $10,184.00 |
| | 3/7/2024 | (10,000) | $36.4700 | ($364,700.00) | | | | | | | | |
| | 3/18/2024 | (10,000) | $33.0000 | ($330,000.00) | | | | | | | | |
| **Charles Hanna - Account 2** | | | | | | | | | | | | |
| | 4/4/2024 | (500) | $29.7500 | ($14,875.00) | | | | | | | | |

*Avg Closing Prices from May 21, 2024 to July 9, 2024