**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DINESH BANURS, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>LI AUTO INC., XIANG LI, TIE LI, and DONGHUI MA,<br><br>                    Defendants. | Case No. 1:24-cv-03470-VMS<br><br>Hon. Vera M. Scanlon |
| SAQIB CHAUDHARY, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>LI AUTO INC., XIANG LI, TIE LI, and DONGHUI MA,<br><br>                    Defendants. | Case No. 1:24-cv-03725-FB-VMS<br><br>Hon. Vera M. Scanlon |

**NOTICE OF MOTION OF JOHN MENCHACA FOR: (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF SELECTION OF LEAD COUNSEL**

**TO:    THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that movant John Menchaca ("Movant") respectfully moves this Court for an order: (1) consolidating the above-captioned actions; (2) appointing Movant as Lead Plaintiff pursuant to §21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"); and (3) approving Movant's selection of Scott+Scott Attorneys at Law LLP as Lead Counsel for the Class.

This motion is based on this Notice and the Memorandum of Law filed herewith, the Declaration of Thomas L. Laughlin, IV in support thereof, including Exhibits A-E, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

DATED:  July 9, 2024            **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

           */s/ Thomas L. Laughlin, IV*
           Thomas L. Laughlin, IV (EDNY TL-8888)
           Jonathan Zimmerman (*pro hac vice forthcoming*)
           Nicholas S. Bruno (*pro hac vice forthcoming*)
           The Helmsley Building
           230 Park Avenue, 17th Floor
           New York, NY  10169
           Telephone: 212-223-6444
           Facsimile:  212-223-6334
           tlaughlin@scott-scott.com
           jzimmerman@scott-scott.com
           nbruno@scott-scott.com

           *Counsel for Lead Plaintiff Movant John Menchaca*
           *and Proposed Lead Counsel for the Class*

           **THE SCHALL LAW FIRM**
           Brian J. Schall
           Brian England
           2049 Century Park East, Suite 2460
           Los Angeles, CA 90067
           Telephone: 310-301-3335
           Facsimile:  310-388-0192
           brian@schallfirm.com
           briane@schallfirm.com

           *Additional Counsel for Lead Plaintiff Movant John Menchaca*

1

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 9, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

<u>*/s/ Thomas L. Laughlin, IV*</u>
Thomas L. Laughlin, IV (EDNY TL-8888)

2