**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DINESH BANURS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LI AUTO INC., XIANG LI, TIE LI, and DONGHUI MA,<br><br>Defendants. | Case No. 1:24-cv-03470-VMS<br><br>Hon. Vera M. Scanlon |
| SAQIB CHAUDHARY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LI AUTO INC., XIANG LI, TIE LI, and DONGHUI MA,<br><br>Defendants. | Case No. 1:24-cv-03725-FB-VMS<br><br>Hon. Vera M. Scanlon |

**DECLARATION OF THOMAS L. LAUGHLIN, IV IN SUPPORT OF**
**MOTION BY JOHN MENCHACA FOR:**
**(1) CONSOLIDATION OF RELATED ACTIONS;**
**(2) APPOINTMENT AS LEAD PLAINTIFF; AND**
**(3) APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Thomas L. Laughlin, IV, hereby declare as follows pursuant to 28 U.S.C. §1746:

1.      I am a partner with the law firm Scott+Scott Attorneys at Law LLP ("Scott+Scott"), Counsel for Lead Plaintiff Movant, John Menchaca ("Movant"), and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's Motion for consolidation of the above-captioned Actions, appointment as Lead Plaintiff and approval of his selection of Scott+Scott as Lead Counsel for the Class.

3.      Attached hereto as exhibits are true and correct copies of the following:

Exhibit A:      Notice published May 10, 2024, via *Newsfile Corp.,* pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA");

Exhibit B:      Movant's Certification and Schedule A;

Exhibit C:      Movant's Loss Chart;

Exhibit D:      Movant's Declaration; and

Exhibit E:      Scott+Scott's Firm Résumé.

I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and correct.

Executed on the 9th day of July, 2024.

 */s/ Thomas L. Laughlin, IV*
THOMAS L. LAUGHLIN, IV
(EDNY TL-8888)

1
DECLARATION OF THOMAS L. LAUGHLIN, IV IN SUPPORT OF MOTION BY JOHN MENCHACA FOR: (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLTF; AND (3) APPROVAL OF SELECTION OF LEAD COUNSEL
CASE NOS. 1:24-cv-03470-VMS; 1:24-cv-03725-FB-VMS

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 9, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV (EDNY TL-8888)

DECLARATION OF THOMAS L. LAUGHLIN, IV IN SUPPORT OF MOTION BY JOHN MENCHACA FOR: (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLTF; AND (3) APPROVAL OF SELECTION OF LEAD COUNSEL CASE NOS. 1:24-cv-03470-VMS; 1:24-cv-03725-FB-VMS