# EXHIBIT C

**LOSS ANALYSIS**

**Class Period: 02/26/2024 to 05/20/2024**

**LI AUTO INC - ADR**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price | |
|---|---|---|---|---|---|
| **LI** | **50202M102** | **BMXHCD8** | **US50202M1027** | **$19.52485** | * |

**John Menchaca**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 3/15/2024 | 10,000 | $38.14 | -$381,391.00 |
| Purchase | 3/20/2024 | 5,700 | $33.86 | -$193,002.00 |
| **Class Period purchases:** | | **15,700** | | **-$574,393.00** |
| | LIFO Retained Purchases: | 15,700 | $19.52485 | $306,540.12 |

**\* Value of retained shares is the mean trading price from 05/21/2024 to 07/09/2024**     **LIFO Gain/(Loss):  -$267,852.88**