**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*Counsel for Movant and [Proposed] Lead Counsel for Lead Plaintiff and Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DINESH BANURS, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> LI AUTO INC., XIANG LI, TIE LI, and DONGHUI MA, <br><br> Defendants, | **CASE No.: 1:24-cv-03470-VMS** <br><br> **NOTICE OF MOTION OF LOW CHIG WEE TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL** <br><br> **CLASS ACTION** |
| SAQIB CHAUDHARY, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LI AUTO INC., XIANG LI, TIE LI, and DONGHUI MA, <br><br> Defendants. | **CASE No. 1:24-cv-03725-FB-VMS** <br><br> **CLASS ACTION** |

1

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B) as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Plaintiff Low Chig Wee ("Movant") hereby moves this Court, the Honorable Vera M. Scanlon, United States Magistrate Judge, on a date and at a time to be designated by the Court, for an order:

    (a)    consolidating the related actions;

    (b)    appointing Movant to serve as Lead Plaintiff in this action; and

    (c)    approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for the Class.

In support of this Motion, Movant submits: (i) the Memorandum of Law dated July 9, 2024 (and exhibits); and (ii) a [Proposed] Order Consolidating the Related Actions, Appointing Lead Plaintiff, and Approving Lead Plaintiff's Selection of Counsel.

Movant is aware of your Honor's Individual Rule III(c)(4), which generally requires parties refrain from the filing of motion papers prior to full briefing. The Exchange Act requires that lead plaintiff motions be filed no later than 60 days after the date notice of the action was first published and, in this case, the first notice of the action was published on May 10, 2024; accordingly, lead plaintiff motions must be filed no later than today, July 9, 2024. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i).

Pursuant to your Honor's Individual Rule III(c)(4), as the filing of the lead plaintiff motion is statutorily mandated by the 60-day time limit, Movant respectfully requests that Rule III(c)(4) be waived because waiting to file until the motion is fully briefed could result in the loss of a right. The filing of the lead plaintiff motion will give notice to the other lead plaintiff

movants, whose identities Movant cannot know at this time and therefore cannot serve, that other class members have moved for lead plaintiff appointment.

Dated: July 9, 2024

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Phillip Kim
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*Counsel for Movant and*
*[Proposed] Lead Counsel for*
*Lead Plaintiff and Class*

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Phillip Kim

4