# Exhibit 3

**Li Auto Loss Chart**
**Class Period: February 26, 2024 through May 20, 2024**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOW CHIG WEE | 3/18/2024 | 6,000 | ($34.00) | ($204,000.00) | | | | | | | | $20.04 |
| | 3/18/2024 | 6,000 | ($33.79) | ($202,769.42) | | | | | | | | |
| | 3/18/2024 | 6,000 | ($33.66) | ($201,960.00) | | | | | | | | |
| | 3/19/2024 | 7000 | ($32.90) | ($230,293.79) | | | | | | | | |
| | 3/21/2024 | 3,000 | ($31.45) | ($94,350.00) | | | | | | | | |
| | 3/21/2024 | 3,000 | ($31.22) | ($93,660.00) | | | | | | | | |
| | 4/04/2024 | 15,000 | ($30.40) | ($455,970.00) | | | | | | | | |
| | | 46,000 | | ($1,483,003.20) | | | | | 46,000 | $921,650.59 | ($561,352.62) | |