**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DINESH BANURS, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:24-cv-03470-VMS |
| Plaintiff, | |
| v. | |
| LI AUTO INC., XIANG LI, TIE LI, and DONGHUI MA, | |
| Defendants. | |
| SAQIB CHAUDHARY, Individually and on behalf of all others similarly situated, | Case No. 1:24-cv-03725-FB-VMS |
| Plaintiff, | |
| v. | |
| LI AUTO INC., XIANG LI, TIE LI, and DONGHUI MA, | |
| Defendants. | |

**DECLARATION OF JAMES M. WILSON, JR. IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTION**

I, James M. Wilson, Jr., declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted in this Court. I am a partner in the law firm of Faruqi & Faruqi, LLP. I submit this declaration in opposition to the lead plaintiff motion competing with the motion filed by Charles Hanna ("Hanna"), for: (1) Consolidation of the Related Actions; (2) Appointment as Lead Plaintiff; and (3) Approval of Lead Counsel. I have personal knowledge of the facts set forth herein and would testify thereto if called.

2.      Attached as Exhibits A through B are true and correct copies of the following documents:

> Exhibit A:      Low Chig Wee LinkedIn Profile
>
> Exhibit B:      DBS Bank Analyst Report on Li Auto Inc.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 23rd day of July 2024 at New York, NY.

*/s/ James M. Wilson, Jr.*
James M. Wilson, Jr.

1