# EXHIBIT A

   



## Low Chig Wee
DBS Bank



- DBS Bank



- Nanyang Technological University Singapore

Singapore · **Contact info**

30 connections

**Message**  **+ Follow**  **More**

## Activity
30 followers

**Low hasn't posted yet**
Recent posts Low shares will be displayed here.

**Show all activity →**

## Experience

 **Analyst**
DBS Bank

## Education

 **Nanyang Technological University Singapore**
2001 - 2005

## Skills

**Microsoft Excel**

☑ Passed LinkedIn Skill Assessment

## Interests

**Top Voices**  Companies  Schools

**Piyush Gupta** 🔗 · 3rd
Group Chief Executive Officer at DBS Bank
172,935 followers

**+ Follow**



