**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff and Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DINESH BANURS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LI AUTO INC., XIANG LI, TIE LI, and DONGHUI MA,<br><br>Defendants. | CASE No.: 1:24-cv-03470 (FB) (VMS)<br><br>**DECLARATION OF PHILLIP KIM IN SUPPORT OF REPLY MEMORANDUM OF LAW OF LOW CHIG WEE IN FURTHER SUPPORT OF HIS LEAD PLAINTIFF MOTION**<br><br>**CLASS ACTION** |
| SAQIB CHAUDHARY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LI AUTO INC., XIANG LI, TIE LI, and DONGHUI MA,<br><br>Defendants. | CASE No.: 1:24-cv-03725 (FB) (VMS)<br><br>**CLASS ACTION** |

1

I, Phillip Kim, declare as follows:

1.      I am an attorney admitted to practice in the State of New York and before this Court. I am a partner with The Rosen Law Firm, P.A., counsel for Low Chig Wee ("Movant"). I submit this declaration in support of Movant's reply memorandum of law of in further support of his lead plaintiff motion. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

EXHIBIT 1:   Press release issued by Faruqi & Faruqi LLP on July 3, 2023 on PRNewswire;

EXHIBIT 2:   Copy of the Faruqi & Faruqi LLP webpage for Li Auto, Inc. from the Internet Archive Wayback Machine, last checked July 24, 2024; and

EXHIBIT 3:   Movant's Declaration dated July 27, 2024.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed July 30, 2024

/s/Phillip Kim
Phillip Kim

2

## CERTIFICATE OF SERVICE

I, Phillip Kim, hereby declare under penalty of perjury as follows:

I am an attorney at The Rosen Law Firm, P.A., with offices at 275 Madison Ave, 40th Floor, New York, NY 10016. I am over the age of eighteen.

On July  30, 2024, I electronically filed the following **DECLARATION OF PHILLIP KIM IN SUPPORT OF REPLY MEMORANDUM OF LAW OF LOW CHIG WEE IN FURTHER SUPPORT OF HIS LEAD PLAINTIFF MOTION** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on July 30, 2024.

*/s/ Phillip Kim*
Phillip Kim