# Exhibit 2

The Wayback Machine - https://web.archive.org/web/20240705020706/https://www.faruqilaw.com/investigation/2114/li-a...



# CASES

## Li Auto Inc.

Faruqi & Faruqi, LLP, a leading national securities law firm, is investigating potential claims against Li Auto Inc. ("Li Auto" or the "Company") (NASDAQ: LI) and reminds investors of the July 9, 2024 deadline to seek the role of lead plaintiff in a federal securities class action that has been filed against the Company.

Faruqi & Faruqi, LLP Securities Litigation Partner James (Josh) Wilson Encourages Investors Who Suffered Losses Exceeding $100,000 In Li Auto To Contact Him Directly To Discuss Their Options

If you suffered losses exceeding $100,000 investing in Li Auto stock or options between February 26, 2024 and May 20, 2024 and would like to discuss your legal rights, call Faruqi & Faruqi partner Josh Wilson directly at 877-247-4292 or 212-983-9330 (Ext. 1310).

Faruqi & Faruqi is a leading national securities law firm with offices in New York, Pennsylvania, California and Georgia. The firm has recovered hundreds of millions of dollars for investors since its founding in 1995. See www.faruqilaw.com.

As detailed below, the complaint alleges that the Company and its executives violated federal securities laws by making false and/or misleading statements and/or failing to disclose that: (i) Li Auto had overstated the demand for its vehicles and the efficacy of its operating strategy in launching the Li MEGA; (ii) accordingly, the Company was unlikely to meet its Q1 2024 vehicle deliveries estimate; (iii) the foregoing, once revealed, was likely to have a material negative impact on the Company's financial condition; and (iv) as a result, the Company's public statements were materially false and misleading at all relevant times.

On March 21, 2024, Li Auto issued a press release disclosing that, "[d]ue to lower-than-expected order intake, the Company now expects its vehicle deliveries for the first quarter of 2024 to be between 76,000 and 78,000 vehicles, revised from the previous vehicle delivery outlook of between 100,000 and 103,000 vehicles." In addition, the Company stated that the Li MEGA had an operating strategy that was "mis-paced," noting that operations were planned as if the model had already entered the "scaling phase" of sales-that is, the phase focusing mainly on customer acquisition, team building, and operational efficiency for sustainable growth-while it was still in the early "validation" period, during which the Company would focus on creating a product market fit by idea validation and product refinement. Further, the Company stated that it will revert to the validation phase of sales by shifting its focus toward its core user group, target sales to cities with stronger purchasing power, and then will look to expand to a broader user base.

On this news, Li Auto's American Depositary Share ("ADS") price fell $2.55 per ADS, or 7.48%, to close at $31.53 per ADS on March 21, 2024.

Case 1:24-cv-03470-DG-VMS     Document 23-3     Filed 07/30/24     Page 3 of 6 PageID #: 636

Then, on May 20, 2024, before the market opened, Li Auto issued a press release in which it announced that its profit for the first quarter of 2024 had declined by 46%, as compared to the fourth quarter of 2023.

On this news, the price of Li Auto's ADS price fell $3.18 per ADS, or 12.77%, to close at $21.71 per ADS on May 20, 2024.

The court-appointed lead plaintiff is the investor with the largest financial interest in the relief sought by the class who is adequate and typical of class members who directs and oversees the litigation on behalf of the putative class. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member. Your ability to share in any recovery is not affected by the decision to serve as a lead plaintiff or not.

Faruqi & Faruqi, LLP also encourages anyone with information regarding Li Auto's conduct to contact the firm, including whistleblowers, former employees, shareholders and others.

To learn more about the Li Auto class action, go to www.faruqilaw.com/LI or call Faruqi & Faruqi partner Josh Wilson directly at 877-247-4292 or 212-983-9330 (Ext. 1310).

Follow us for updates on LinkedIn, on Twitter, or on Facebook.

Attorney Advertising. The law firm responsible for this advertisement is Faruqi & Faruqi, LLP (www.faruqilaw.com). Prior results do not guarantee or predict a similar outcome with respect to any future matter. We welcome the opportunity to discuss your particular case. All communications will be treated in a confidential manner.

## Contact us

LI AUTO INC.

*Monetary Loses ($)* *

*First name* *

*Last name* *

*Telephone* *

*Email* *

*Street Address*

Case 1:24-cv-03470-DG-VMS     Document 23-3     Filed 07/30/24     Page 4 of 6 PageID #: 637

*City*

*State*

- Select state -

*Zip Code*

---

**Purchases**       Clear

Common stock

Date

# of Shares

Price per Share

+ Additional Purchases

---

**Sales**       Clear

Common stock

Date

# of Shares

Price per Share

+ Additional Sales

SEND

* The submission of this form does not create an attorney-client relationship.

## Details

Ticker LI

Class period 02/26/2024 - 05/20/2024

Lead Plaintiff Deadline 07/09/2024

4 days remaining

Li Auto Inc. - Faruqi & Faruqi LLP

## Office

685 Third Avenue 26th Floor

10017 New York, New York

Phone (212) 983-9330

Fax (212) 983-9331

## Counsel

James M. Wilson, Jr.

jwilson@faruqilaw.com

Phone (212) 983-9330

Fax (212) 983-9331

Robert W. Killorin

rkillorin@faruqilaw.com

Phone (404) 847-0617

Fax (404) 506-9534

FINDING US

## Our Offices

Our offices are nationwide. If you have any questions about a case or our firm, please contact us.

NEW YORK

685 Third Avenue 26th Floor
New York, New York 10017
(212) 983-9330
(877) 247-4292
(212) 983-9331

CALIFORNIA

1901 Avenue of the Stars Suite
1060
Los Angeles, California 90067
(424) 256-2884
(424) 256-2885

GEORGIA

Case 1:24-cv-03470-DG-VMS    Document 23-3    Filed 07/30/24    Page 6 of 6 PageID #: 639

3565 Piedmont Road NE Building
Four, Suite 380
Atlanta, Georgia 30305
(404) 847-0617
(404) 506-9534

PENNSYLVANIA

1617 JFK Boulevard, Suite 1550
Philadelphia, Pennsylvania 19103
(215) 277-5770
(215) 277-5771

CONTACT US          SITEMAP          PRIVACY POLICY

EMPLOYEE RIGHTS COUNSEL

Copyright (C) Faruqi & Faruqi, 2024. All Rights Reserved.

This Web site contains attorney advertising. Prior results do not guarantee a similar outcome.