# Exhibit 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DINESH BANURS, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> LI AUTO INC., XIANG LI, TIE LI, and DONGHUI MA, <br><br> Defendants. | CASE No.: 1:24-cv-03470 (FB) (VMS) <br><br> **CLASS ACTION** |
| SAQIB CHAUDHARY, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LI AUTO INC., XIANG LI, TIE LI, and DONGHUI MA, <br><br> Defendants. | CASE No.: 1:24-cv-03725 (FB) (VMS) <br><br> **CLASS ACTION** |

**DECLARATION OF LOW CHIG WEE**

I, Low Chig Wee, declare as follows:

1.      I submit this Declaration in further support of my motion to be appointed lead plaintiff and The Rosen Law Firm PA as lead counsel.

2.      At all times, I relied on publicly available information in purchasing Li Auto, Inc. ("Li Auto") stock.  At all times, I did not rely on non-public information in purchasing Li Auto stock.

3.      Competing movant Charles Hanna speculates that I might have traded Li Auto

1

Docusign Envelope ID: A7737838-28D6-4F8E-9646-7D260C27BEEC

stock on non-public information based on my facially stale LinkedIn profile and because DBS Bank issued an analyst report on Li Auto in January 2024. These defamatory speculations are false on several levels.

4.    I left DBS Bank in 2011--- four years before Li Auto was even founded.

5.    After I left DBS, I worked at HSBC for six months and then ten years at Vitol Asia.

6.    At DBS and HSBC, I was a commodity banker, dealing with commodity/structured trade finance. None of that research material was related to equity markets.

7.    At Vitol Asia, my capacity was in treasury, structured finance, banking management, and business development and trading.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 7/27/2024

DocuSigned by:

4D18824D939B490...

Low Chig Wee

2