**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DINESH BANURS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LI AUTO INC., XIANG LI, TIE LI, DONGHUI MA, and LIANGJUN ZOU<br><br>Defendants. | Case No: 1:24-cv-03470-DG-VMS<br><br>**SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>Class Action<br><br>JURY TRIAL DEMANDED |

Lead Plaintiff Low Chig Wee and named plaintiff Yves S. Dorvil ("Plaintiffs"), individually and on behalf of all other persons similarly situated, by Plaintiffs' undersigned attorneys, for Plaintiffs' complaint against Defendants (defined below), alleges the following based upon personal knowledge as to Plaintiffs and Plaintiffs' own acts, and information and belief as to all other matters, based upon, among other things, the investigation conducted by and through Plaintiffs' attorneys, which included, among other things, a review of the Defendants' public documents, public filings, wire and press releases published by and regarding Li Auto Inc. ("Li Auto" or the "Company"), and information readily obtainable on the Internet. Plaintiffs believe that substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.[1]

[1] According to Rule I.E. of the Court's Individual Practice Rules, a redline copy of the Second Amended Complaint showing the edits from the amended complaint (Dkt. No. 30) is attached hereto as Exhibit 1.

## I. NATURE OF THE ACTION

1. This is a class action on behalf of persons and entities who purchased or otherwise acquired publicly traded Li Auto securities between February 26, 2024 and May 20, 2024, inclusive (the "Class Period"). Plaintiffs seek to recover compensable damages caused by Defendants' violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, arising from a series of materially false and misleading statements and omissions about Li Auto's business, operations, and financial prospects.

2. Li Auto, a prominent player in China's new energy vehicle market, designs, develops, manufactures, and sells smart electric vehicles, including extended-range electric vehicles ("EREVs") like its successful L series (Li L7, L8, and L9) and its first pure battery electric vehicle ("BEV"), the Li MEGA. Throughout 2023, the L series—particularly the Li L8, hailed by Defendant Xiang Li as the "main force vehicle model"— drove Li Auto to record-breaking success, cementing its dominance as China's top-selling new energy vehicle ("NEV") maker with 376,030 deliveries, a 182.2% year-over-year increase. From September 2023 to February 28, 2024, before the Li MEGA launch, the L7, L8, and L9 models accounted for 100% of Li Auto's vehicle deliveries.

3. Li Auto operates a direct sale model, under which the Company, besides manufacturing its vehicles, owns and operates retail stores and a distribution network to sell its vehicles directly to customers rather than through third-party dealers. The Company determines the allocation of marketing and sales resources, store layout, and vehicle displays at each retail store.

4. On February 26, 2024, Li Auto issued an optimistic Q1 2024 outlook of 100,000 to 103,000 vehicle deliveries—a 90.2% to 95.9% increase from Q1 2023—and revenues of RMB31.25 billion to RMB32.19 billion. During the earning call held on that day, the Company touted the imminent March 1, 2024 launch of the Li MEGA, a luxury BEV promising a 500-kilometer range with a 12-minute charge via its proprietary 5C supercharging network, alongside refreshed 2024 L series models L7, L8, L9. Individual Defendants CEO Xiang Li, CFO Tie Li, President Donghui Ma and Senior Vice Present Liangjun Zou, also reiterated the rosy outlook of unprecedented massive delivery and revenue for the first quarter of 2024 along with accelerating supercharging network expansion targeting 2,000 stations by year-end. Critically, at the time the outlooks were made, the Defendants possessed actual knowledge of important factors that would cause the first quarter's actual results to materially differ from their optimistic outlook. Despite this knowledge, they failed to disclose these factors and provided no meaningful cautionary statements under the law.

5. Specifically, when issuing the outlook, Defendants knowingly failed to disclose the two following material factors that would significantly impact Q1 2024 results.

6. First, Defendants, with actual knowledge, had implemented a strategy to divert vital resources—store display spaces, sales personnel, and marketing focus—away from the proven L series, which accounted for over 90% of 2023 deliveries and 100% of 2024 deliveries before the MEGA launch, toward the untested MEGA. Notably, Defendant Xiang Li admitted at the end of the Class Period that the display space for Li L8 was slashed by 40%. This intentional shift severely undermined L series sales, causing deliveries to drop by 38%, 59%, and 42% in January, February, and March 2024, respectively, compared to December 2023, and resulting in a significant shortfall in the overall Q1 delivery target.

7. Second, Defendants also knew, but failed to disclose, that the Company's supercharging network—pivotal to the MEGA's fast-charging—was not "accelerating" as claimed but advancing at an extremely slow pace. Only 50 stations built in Q1 2024 (3% of the annual goal), rendering the "accelerating" statement materially misleading by itself and also creating a material factor that would significantly impact the sales of MEGA and the overall the optimistic first quarter outlook.

8. At the time Defendants issued these materially misleading statements, they had actual knowledge of both the significant resource reallocation and the supercharging station delay due to their direct involvement and access to real-time data. Defendant Zou admitted that Li Auto reviewed its inventory on a "daily" basis. Senior management, including Defendants Xiang Li and Ma, controlled resource allocation and display decisions, while Defendant Zou personally oversaw the lagging supercharging rollout. At the May 15, 2025 pre-motion conference regarding Li Auto's anticipated motion to dismiss, Li Auto also confirmed that it and its senior management took actions to shift the Company's resources away from marketing and selling L series.[2] As early as January and February 2024, Defendants were aware of the issues' impact on first-quarter sales, with real-time sales data showing weak MEGA pre-orders and L series erosion. Former employees across regions confirm management's access to daily sales data through real-time data systems and Defendants' awareness of MEGA's struggles and L series neglect throughout the first quarter.

---

[2] *See* Pre-Motion Conf. Tr. at 5:25-6:4 ("[A]s any business would, they shifted some of their resources, …, sales force, marketing attention, away from their existing models towards the new product that was being launched and, ultimately, it didn't pan out the way that the company was hoping."); *see also*, *Id.* at 6:18-6:19 ("[A]ll they say is that, you know, senior management was aware of this shift in marketing resources.").

9. Furthermore, Defendants knew that the two important factors could materially affect Li Auto's operational and financial performance. Before and during the Class Period, in various SEC filings and public statements, Defendants acknowledged that marketing and sales resources (including in-store visibility) were essential to the success of a vehicle under the Company's direct sale model, demonstrating their understanding that reduced facetime and fewer marketing efforts would directly lead to lower vehicle sales. On March 21, 2024, when Li Auto lowered its Q1 vehicle delivery outlook, citing "lower-than-expected order intake" due to the "mis-paced" MEGA strategy, CEO Defendant Xiang Li privately admitted in an internal letter to employees that the significant resource shift from the L series also materially undermined Q1 delivery performance. Specifically, CEO Defendant Xiang Li stated, "The sales team significantly reduced the time and energy spent on serving the L series customers, and the main model, the Li L8, lacked display space in stores." On May 20, 2024, while reporting the Company's below-expectations Q1 financials, CEO Xiang Li revealed that "in the past few months," L8 display spaces had been cut by "40%."

10. Unaware of these material factors, including (i) the significant shift, which caused the L series' sales and the Company's overall delivery in January and February 2024 to have declined and would continue to affect March performance, and (ii) the significant delay in supercharging infrastructure construction, which Defendants knew at the time and could cause the first quarter's actual results to differ materially from the optimistic outlook, investors responded enthusiastically, driving Li Auto's American Depositary Share ("ADS") price up 18.8% on February 26, 2024 and an additional 11.8% the following day.

11. On March 1, 2024, when Li Auto announced its February delivery results, reflecting a month when the Company sold only the L series—a 59% decline from December 2023 and a

35% decline from January 2024—Defendant Xiang Li cited "the impact of Chinese New Year and some trims of Li L series models sold out as we prepare for switching to new models" as reasons for such lackluster result. However, such statement was materially false and misleading because it failed to accurately and completely disclose that the significant resource shift from the L series was also a material contributing reason.

12. The truth emerged gradually, triggering sharp declines in Li Auto's ADS price and investor losses.

13. On March 18, 2024, Bank of America cut its sales estimates citing weak MEGA orders, causing the ADS price to fall $4.43 (12.2%) to $32.90.

14. On March 21, 2024, Li Auto slashed its Q1 delivery forecast to 76,000–78,000 vehicles, admitting that "lower-than-expected order intake" partly due to the "mis-paced" MEGA strategy that prematurely treated the MEGA as a scaling product rather than one needing validation. The ADS price dropped $2.55 (7.48%) to $31.53.

15. However, the updated delivery continued to materially mislead investors because, while discussing the disappointing MEGA performance, Defendants failed to fully and accurately disclose to investors the disappointing L series performance or significant resource shift from the L series as the contributing reasons, which Defendant Xiang Li privately admitted in an internal letter that day.

16. Then, on May 20, 2024, Li Auto revealed Q1 deliveries of 80,400—25% below the original forecast—alongside a 46% profit plunge from Q4 2023, with Defendant Xiang admitting the 40% L8 display cut in the past few months and insufficient supercharging stations, scrapping plans for new BEVs. The ADS price plummeted $3.18 (12.77%) to $21.71. These

disclosures exposed the undisclosed facts existing during the Class Period, causing significant financial harm to Plaintiffs and the Class.

17. As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiffs and other Class members have suffered significant losses and damages.

## II. JURISDICTION AND VENUE

18. The claims asserted herein arise under and pursuant to Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the Securities and Exchange Commission ("SEC") (17 C.F.R. § 240.10b-5).

19. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331, and Section 27 of the Exchange Act (15 U.S.C. §78aa).

20. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) and Section 27 of the Exchange Act (15 U.S.C. § 78aa(c)) as the alleged misstatements entered and the subsequent damages took place in this judicial district. Pursuant to Li Auto's most recent filed annual report on Form 20-F, as of December 31, 2023, there were 1,738,408,250 of the Company's Class A ordinary shares and 355,812,080 of the Company's Class B ordinary shares outstanding. Li Auto's securities trade on the NASDAQ Global Select Market ("NASDAQ"). Accordingly, there are presumably hundreds, if not thousands of investors in Li Auto's securities located within the U.S., some of whom undoubtedly reside in this Judicial District.

21. In connection with the acts, conduct and other wrongs alleged in this complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to, the United States mails, interstate telephone communications and the facilities of the national securities exchange.

## III. PARTIES

22. Lead Plaintiff Low Chig Wee, as set forth in his PSLRA Certification on file with the Court (Dkt. Nos. 16-4, 16-5) and incorporated by reference herein, purchased Li Auto securities during the Class Period and has suffered damages as a result of the violations of the federal securities laws alleged herein.

23. Name plaintiff Yves S. Dorvil, as set forth in his PSLRA Certification on file with the Court (Dkt. No. 30-1) and incorporated by reference herein, purchased Li Auto securities during the Class Period and has suffered damages as a result of the violations of the federal securities laws alleged herein.

24. Defendant Li Auto is incorporated in the Cayman Islands. Its principal executive offices are located at 11 Wenliang Street, Shunyi District, Beijing 101399, China. The Company's ADSs trade in an efficient market on the NASDAQ under the ticker symbol "LI".

25. Defendant Xiang Li has served as the Company's Chief Executive Officer ("CEO") at all relevant times.

26. Defendant Tie Li has served as the Company's Chief Financial Officer ("CFO") at all relevant times.

27. Defendant Donghui Ma ("Ma") has served as Li Auto's President and Executive Director at all relevant times.

28. Defendant Liangjun Zou ("Zou") has served the Senior Vice President of Sales and Services of Li Auto, reporting directly to Defendant Li. During the Class Period, he was responsible for sales, delivery, after-sales, and the charging network at Li Auto.

29. Defendants Xiang Li, Tie Li, Ma and Zou are collectively referred to herein as the "Individual Defendants."

30. Each of the Individual Defendants:

(a) directly participated in the management of the Company;

(b) was directly involved in the day-to-day operations of the Company at the highest levels;

(c) was privy to confidential proprietary information concerning the Company and its business and operations;

(d) was directly or indirectly involved in drafting, producing, reviewing and/or disseminating the false and misleading statements and information alleged herein;

(e) was directly or indirectly involved in the oversight or implementation of the Company's internal controls;

(f) was aware of or recklessly disregarded the fact that the false and misleading statements were being issued concerning the Company; and/or

(g) approved or ratified these statements in violation of the federal securities laws.

31. Li Auto is liable for the acts of the Individual Defendants and its employees under the doctrine of *respondeat superior* and common law principles of agency because all of the wrongful acts complained of herein were carried out within the scope of their employment.

32. The scienter of the Individual Defendants and other employees and agents of the Company is similarly imputed to the Company under *respondeat superior* and agency principles.

33. Li Auto and the Individual Defendants are collectively referred to herein as "Defendants."

## IV. SUBSTANTIVE ALLEGATIONS

### a. Li Auto's 0-to-1 Business Validation Process for Its First Vehicle, Li ONE, and EREV Technology

34. Founded in 2015, Li Auto Inc. is a Chinese electric vehicle manufacturer that designs, develops, manufactures, and sells vehicles in China.

35. Over the past two decades, China's new energy vehicle market has experienced rapid growth, fueled by strong regulatory support from the government. New energy vehicles, powered by alternative energy sources rather than traditional gasoline or diesel, have gained significant traction due to China's focus on environmental sustainability.

36. However, despite this growth, charging infrastructure remains a bottleneck. Limited public and private fast-charging stations are hampered by scarce residential parking in dense cities, a low percentage of parking spaces suitable for home charging (less than 25% in first-tier cities as of December 31, 2019, compared to over 70% in the US), and power grid limitations in older residential areas.[3] Consequently, many BEV owners in China rely on public charging, which is insufficient to meet demand. In 2019, the ratio of new energy vehicles to public fast-charging stations was 17.7 to 1, highlighting this significant shortage.

37. Furthermore, the manufacturing costs of new energy vehicles, particularly BEVs (vehicles that run entirely on electricity stored in a battery pack), are currently much higher than comparable traditional vehicles. This is primarily due to the expensive and heavy batteries, and the use of costly aluminum to counterbalance the battery weight. Range anxiety, caused by the inconvenience and long charging times of BEVs, further limits their broader acceptance in China.

---

[3] The first-tier cities in China refer to the four cities of Beijing, Shanghai, Guangzhou, and Shenzhen due to their economic, political, cultural, and infrastructural significance within the country.

38. To mitigate the higher costs of larger batteries and compensate for the lack of charging availability, Li Auto developed its proprietary extended-range electric vehicle ("EREV") technology. First introduced in the Li ONE model in October 2018, EREVs are primarily electric-driven but utilize both their battery packs and range extension systems (a small gasoline engine that charges the battery) to achieve longer distances than traditional BEVs. This innovative approach, combining electric power with traditional fueling methods, mitigates range anxiety and appeals to a broader market segment. While this technology was not new globally (e.g. BMW i3 REx), it was underexplored in China's mass market. Li Auto is purportedly recognized for pioneering the successful commercialization of EREVs in China.

39. However, gaining recognition for the Li ONE among Chinese consumers did not happen instantly. Li Auto underwent what they called a "0-to-1 business validation period"—a process typical in startup and product development, where the goal is to move from concept (0) to a viable product or business (1). For the Li ONE, this validation involved proving the vehicle's business concept and technology, market demand, production, and business model before scaling into the "1-to-10" growth phase.

40. First, Li Auto validated the Li ONE's business concept and technology by developing prototypes and testing the hybrid powertrain's feasibility. The vehicle had to meet performance goals, including its promised 800 km range, and comply with emissions and efficiency standards under the New European Driving Cycle ("NEDC") adopted by China's Ministry of Industry and Information Technology ("MIIT").

41. Second, Li Auto validated the market by testing demand step-by-step. On April 10, 2019, the Company unveiled the Li ONE's price and opened pre-orders. Li Auto promoted Li ONE as a premium family SUV with six seats, a spacious interior, and smart technology, the Li ONE

addressed China's growing demand for practical yet luxurious vehicles. After a gradual marketing rollout, including a launch at the Shanghai Auto Show on April 16, 2019, test drives at five retail stores in May, and availability in eight additional cities by the end of 2019, Li Auto began volume production in November 2019, with the first delivery occurring in December 2019. Li Auto took until June 2020 to reach 10,000 cumulative Li ONE deliveries, and then over a year and a half more, until November 2021, to achieve monthly deliveries of more than 10,000.

42. Third, Li Auto validated the production of the Li ONE by addressing reliability issues. Initially, the vehicle faced multiple setbacks, including instrument panel fault alarms related to the emission, parking, stability, and powertrain systems. Some owners reported powertrain failures that caused breakdowns on highways, as well as accelerator pedal malfunctions. Li Auto responded to these issues by refining the product using customer feedback.

43. Finally, Li Auto needed to prove its business model was sustainable. The Li ONE was priced at RMB328,000 (approximately US$46,000), and Li Auto had to show it could sell the vehicle profitably while building a viable operation. By the end of 2020, Li Auto had delivered over 30,000 units, demonstrating that it had successfully shown Li ONE's sustainability.

44. After completing the 0-to-1 validation, with over 30,000 deliveries by the end of 2020, Li Auto entered what it called "1-to-10 scaling phase." This phase refers to the stage where the Company focuses on expanding its reach, production, and market impact. By 2021, Li Auto delivered 90,491 Li ONEs, nearly tripling its 2020 figures, signaling the beginning of its scaling phase. The Company ramped up manufacturing, optimized its supply chain, and expanded its direct-sales network from a handful of stores to over 100 by 2021. Profitability followed as gross margins increased from 16.4% in 2020 to 20% in 2022, signaling the success of their scaling efforts.

### b. Li L Series' Success Formed the Cornerstone of Li Auto's Growth and Market Dominance

45. Building on the proven success of the Li ONE model, Li Auto began expanding its lineup to sustain growth and enter the 1-to-10 scaling phase based on Li Auto's validated EREV technology.

46. In 2022, Li Auto expanded its lineup with the launch of the Li L9 (a six-seat full-size flagship family SUV), the Li L8 (a six-seat large premium family SUV and successor to the Li ONE), and the Li L7 (a five-seat large flagship family SUV). All three models—Li L7, L8, and L9—are EREVs, built on Li Auto's validated EREV technology. As Defendant Xiang Li explained, the three models targeted different user bases, as "the L7 is really attracting families with two to three members, one kid, and L8 is attracting either families with two kids or those that are three generations under the same roof." "[W]ith L8, L7 and L9 we really formed is not just a product line, but in fact, the product network."

47. Thanks to the solid foundation provided by the Li ONE's 0-to-1 validation process, the Li L8, L7, and L9 quickly became successful and pursuant to Li Auto, were recognized as "some of the most competitive SUV models in China." According to Li Auto's 2022 Annual Report filed on Form 20-F, the Li L9 dominated monthly sales of full-size SUVs in China since September 2022, while the Li L8 became a top seller in the large SUV segment after the success of the Li ONE in December 2022. In 2022, Li Auto ranked first in both the full-size and large SUV markets in China, cementing its position as a leader in China's new energy vehicle market, particularly in the premium family SUV segment. According to Defendant Xiang Li,

> We ranked first in both China's full-size and large SUV markets for the full year of 2022, thanks to the outstanding sales performance of all three models we have brought to the market: Li L9, Li L8, and Li ONE. Fulfilling family users' needs in the RMB300,000 to RMB500,000 price segment, our vehicles have emerged among the top choices of premium SUVs for families. Li L9 has dominated China's

> monthly full-size SUV sales since last September, and Li L8 has defended the title of sales champion among large SUVs in China following Li ONE's phenomenal performance, securing it in December 2022.[4]

48. In 2023, Li Auto continued "riding on the success of its three SUV models"—Li L7, L8, and L9—and "not only claimed the best-selling brand among SUVs priced above RMB300,000 but also secured the top-seller position in the RMB300,000 and higher NEV market in China."[5] As stated by Defendant Xiang Li, "[u]ndeterred by the fiercely competitive NEV market in 2023, Li Auto achieved an outstanding performance with its three Li L series models."[6] Li Auto became the best-selling new energy vehicle maker in China in 2023.[7] By December 31, 2023, over 420,000 units of the 632,825 vehicles Li Auto had delivered to date came from the Li L7, L8, and L9 models. Collectively, these three models drove Li Auto to a record 376,030 deliveries in 2023, marking a 182.2% increase from 133,246 deliveries in 2022. This achievement surpassed the Company's annual target of 300,000 units, making Li Auto the first Chinese emerging new energy automaker to surpass the 300,000 annual delivery milestone.

49. The Li L8, in particular, played a crucial role in Li Auto's success, serving as, according to Defendant Xiang Li, the Company's "main force vehicle model." As a six-seat, premium EREV SUV, the Li L8 replaced the discontinued Li ONE and filled the gap between the flagship Li L9 and the smaller Li L7. Positioned between the higher-priced Li L9 (priced between RMB429,800 and RMB459,800) and the Li L7 (priced between RMB319,800 and RMB379,800), the Li L8 targeted larger families in need of six seats, offering a balance of luxury and affordability.

---

4 https://www.sec.gov/Archives/edgar/data/1791706/000110465923009008/tm235126d1_ex99-1.htm

5 https://www.sec.gov/Archives/edgar/data/1791706/000110465924009058/tm244879d1_ex99-1.htm

6 https://www.sec.gov/Archives/edgar/data/1791706/000110465924027311/tm247238d1_ex99-1.htm

7 https://www.lixiang.com/news/90.html

This allowed Li Auto to reach a broader segment of family-oriented buyers while maintaining its focus on practical luxury. By October 19, 2023, the Li L8 had reached 100,000 deliveries in just over a year. This strong demand was evident, with the vehicle consistently delivering over 10,000 units per month in the second half of 2023, alongside its sibling models, the Li L7 and Li L9. While the Li L9 garnered attention as the flagship model, the Li L8's mid-tier pricing and strong sales provided a steady revenue stream, complementing the Li L7 and Li L9. In 2023, regardless of the energy source, the Li L7 and L8 ranked No. 1 and No. 2 in sales among all mid- to large-size SUVs across China, with the L8 exceeding the No. 3 bestselling SUV, the BMW X5, a traditional internal combustion engine vehicle, by 27%.[8]

**2023年中大型SUV销量排行榜**

| 排名 | 车型 | 全年销量 | 同比 |
|---|---|---|---|
| 1 | 理想L7 | 134089 | - |
| 2 | 理想L8 | 117990 | 662.1% |
| 3 | 宝马X5 | 93211 | 85.6% |

50. The Li L8, L7, and L9 models were not only instrumental in driving sales volume but also significantly contributed to Li Auto's improved operational efficiency and profitability. The average selling price of vehicles rose to RMB317,000 in Q4 2023, a 5.6% year-over-year increase, directly attributable to the success of these models. Consequently, Li Auto's total revenue surged to RMB123.6 billion in 2023, a 173.5% increase from the previous year. The Company

[8] https://chejiahao.autohome.com.cn/info/14451162

also achieved its first full-year profitability, reporting a net profit of RMB11.8 billion, a remarkable turnaround from a RMB2 billion loss in 2022. Li Auto explicitly acknowledged the L series' pivotal role in its market dominance, stating,

> "Riding on the success of three SUV models, in 2023, we not only claimed the best-selling brand among SUVs priced above RMB300,000 but also secured the top-seller position in the RMB300,000 and higher NEV market in China."

51. From January 1, 2023, to February 29, 2024, the L8, L7, and L9 models collectively accounted for over 90% of Li Auto's total vehicle deliveries. As showed in ¶109 below, between July and August 2023, these models represented 99.99% of deliveries,[9] and from September 2023 to February 2024, they accounted for 100% of deliveries. Their exceptional performance enabled Li Auto to capture a 13% share of the new energy vehicle SUV market priced above RMB200,000, surpassing key competitors like NIO and Xpeng in total deliveries. As Defendant Xiang Li highlighted in Li Auto's November 2023 vehicle delivery announcement,

> Bolstered by the strong growth momentum of our three Li L series models, our monthly deliveries have exceeded 40,000 vehicles for two consecutive months, the highest among Chinese emerging new energy automakers and premium brands in China, making us the best-selling brand among SUVs priced above RMB300,000 in China. Li L9, Li L8, and Li L7 have each surpassed the 100,000 cumulative delivery benchmark, and maintained a leading position in their respective segments. In November, Li Auto achieved its full-year delivery target ahead of time.

52. By April 12, 2024, as reported in the 2023 Annual Report filed on Form 20-F with the SEC, each of the Li L9, L8, and L7 models had surpassed the significant milestone of 150,000 cumulative deliveries, further cementing their dominance in their respective market segments. Li Auto also solidified its position as the best-selling brand among SUVs priced above RMB300,000 in China.

---

[9] In July and August 2023, Li Auto sold 5 and 2 units of the Li ONE, respectively, while phasing out the Li ONE and replacing it with the Li L8.

**c. Li Auto's Aggressive Promotion of MEGA, Its First Pure Battery Electric Vehicle, Depended on the Success of Its Supercharging Network**

53. On November 17, 2023, Li Auto unveiled Li MEGA, its first pure battery electric vehicle or BEV, at the Guangzhou International Automobile Exhibition. Li MEGA, a multi-purpose vehicle, boasts an impressive range of 500 kilometers per full charge and can be fully charged in just 12 minutes using Li Auto's proprietary 5C supercharging stalls. According to Li Auto's November 17, 2023 press release,[10] reservations for the Li MEGA opened on the same day as its unveiling. Within just two hours of availability, orders for the vehicle surpassed 10,000, "demonstrating its outstanding appeal to family users," according to Li Auto. Li Auto also announced that it would officially launch the MEGA in December 2023, with showroom models available in Li Auto retail stores starting in January 2024 and delivery of Li MEGA commencing in late February 2024. However, on December 31, 2023, the Company announced a delay, pushing the launch to March 1, 2024, and the start of deliveries to early March 2024, citing unspecified reasons for the delay.

54. During the February 26, 2024 earnings call discussing Li Auto's financial results for the quarter and full year ended December 31, 2023, CEO Defendant Xiang Li, alongside senior executives including Defendants Ma, Zou, and Tie Li, confirmed that the Li MEGA, along with the 2024 model year versions of the Li L7, L8, and L9, would officially launch on March 1, 2024. Defendant Xiang Li also announced plans to release three additional pure-electric SUV models in the second half of 2024. He emphasized, twice in Chinese, that the appeal of these three battery electric vehicles, including the Li MEGA, was "extremely powerful," reiterating that "their

---

10 https://www.sec.gov/Archives/edgar/data/1791706/000110465923119320/tm2331023d1_ex99-1.htm

product appeals are extremely powerful" and positioning them as the "No. 1 choice for family users in their respective price segments." The interpreter rendered this as, "I would like to emphasize that these cars are very, very competitive and they will become the top choice for family users in their respective price segments."

55. In the same call, Li Auto also issued a strong financial outlook for both the first quarter and the entirety of 2024. Defendant Xiang Li articulated that, "with volume production delivery of Li MEGA and 2024 model year Li L7, L8 and L9," the Company anticipated total vehicle deliveries for the first quarter of 2024 to range between 100,000 and 103,000 units, with March deliveries exceeding 50,000 units. He also reaffirmed Li Auto's annual delivery target for 2024, previously disclosed, stating, "Our goal continues to be selling 800,000 units this year in 2024."

56. In the financial results for the quarter and full year ended December 31, 2023, filed with the SEC on Form 6-K on the same day before the market opened, Li Auto highlighted the strong operational and financial performance driven by the Li L7, L8, and L9 models, in Q4 and throughout 2023. Crucially, the Company also reiterated its robust outlook for vehicle deliveries in the first quarter of 2024. Specifically, it stated:[11]

**Business Outlook**

For the first quarter of 2024, the Company expects:

- **Deliveries of vehicles** to be between 100,000 and 103,000 vehicles, representing an increase of 90.2% to 95.9% from the first quarter of 2023.
- **Total revenues** to be between RMB31.25 billion (US$4.40 billion) and RMB32.19

[11] https://www.sec.gov/Archives/edgar/data/1791706/000110465924027311/tm247238d1_ex99-1.htm

billion (US$4.53 billion), representing an increase of 66.3% to 71.3% from the first quarter of 2023.

57. Following the release of the Q4 2023 and full-year 2023 financial results, coupled with the robust Q1 2024 guidance, Li Auto's stock price surged by 18.8% on February 26, 2024, and an additional 11.8% the following day.

58. On March 1, 2024, Li Auto officially launched the Li MEGA and the 2024 model year versions of the Li L7, L8, and L9. In the press release issued on the same day, Li Auto emphasized that the Li MEGA, positioned within the luxury price segment in China at RMB559,800 (approximately US$77,222), was designed to "effectively addressing the long-standing challenges of range anxiety of BEVs."[12] It also emphasized that, "With Li Auto 5C super charging stalls, Li MEGA can achieve a driving range of 500 kilometers with a 12-minute charge." Additionally, the Company stated that "the Company has been building its super charging network at scale," outlining plans to expand its supercharging network significantly, with an investment of "at least RMB6 billion in the future" and the goal of establishing over "5,000 self-operated 5C charging stations." As to the Li Auto's 2024 Li L7, Li L8, and Li L9 models, the Company stated that the new models further enhanced product capabilities through upgrades in the range-extension system, chassis system, safety features, comfort configurations, and vehicle intelligence to better meet the needs of family users.

59. Li Auto acknowledged that the Li MEGA's standout feature—achieving a 500-kilometer driving range with a mere 12-minute charge—hinges on the widespread availability of their proprietary supercharging network. This rapid-charging capability, designed to eliminate the

---

12 https://www.sec.gov/Archives/edgar/data/1791706/000110465924029621/tm247726d1_ex99-1.htm

persistent range anxiety that has long plagued pure battery electric vehicles, is not just a perk; it is the cornerstone of the MEGA's market appeal and anticipated success. The MEGA, Li Auto's most premium offering, stakes its competitive edge on this promise of seamless, anxiety-free travel. However, without a robust and accessible charging infrastructure, the MEGA's promise of "enabling them to travel without range anxiety" rings hollow. Instead, it could leave drivers stranded and frustrated, pushing luxury buyers toward extended-range electric vehicles or traditional internal combustion engine cars in this premium price segment.

60. During the Q2 2023 Earnings Call on August 8, 2023, Defendant Xiang Li explicitly tied the Li MEGA's value proposition to its supercharging infrastructure, stating that the vehicle would "offer a very compatible energy replenishment experience to ICE vehicles" specifically "in conjunction with our own 5C charging network." He also stated that

> We're actively deploying our 5C supercharging network. As announced, we have built and commenced operation of 37 Li Auto 5C supercharging stations. Going forward, we'll accelerate the rollout aiming to establish over 300 5C supercharging stations by the end of this year and over 3,000 by the end of 2025 to offer our BEV users a fast and reliable charging experience.

61. While unveiling the MEGA on November 17, 2023, Li Auto again stressed its investment in charging infrastructure, stating it aimed to have 300 supercharging stations in China by the end of 2023 to support the MEGA's launch.

62. In February 2024, Chinese media reported that a leaked Li Auto internal document, titled "Li Auto New Energy Supercharging Station Partnership Plan," revealed Li Auto's target of 4,000 supercharging stations by the end of 2024, covering 90% of China's first-, second-, and third-tier cities to support 130,000 BEV owners—approximately one station per 32.5 vehicles.

63. Recognizing that the MEGA's ability to rival the convenience of gas-powered cars is inseparable from the deployment of Li Auto's supercharging technology, Defendant Xiang Li,

during the February 26, 2024 earnings call, also declared, “in 2024, we will continue to accelerate our supercharging network expansion across highways and cities nationwide, targeting 2,000 supercharging stations by year-end.”

64. At the same earnings call, Defendant Zou provided detailed insights into the supercharging station rollout. When questioned about the 2,000-station target for 2024, Defendant Zou stated he “personally” was “looking after each and every charging station investment.” He elaborated,

> [T]he company plans to build a total of 2,000 charging stations as you just mentioned. And by the end of this year, we will have built more than 700 highway supercharging stations covering 70% of the highways in China as well as 90% of the highways in the four major economic zones. With the successive launches of BEV models this year, we have also begun to simultaneously accelerate the expansion of charging stations in cities.

65. A Weibo post on February 26, 2024 showed that when a blogger noted that fast charging and a wide network were the two points for resolving range anxiety, praising Li Auto’s supercharging technology while noting its ongoing network expansion. Li Auto’s official Weibo account responded to the blogger, confirming the 2,000-station target for 2024.




66. On March 1, 2024, at the MEGA’s launch, Li Auto committed to investing at least RMB 6 billion to build over 5,000 self-operated 5C supercharging stations, further demonstrating its strategic focus on infrastructure to deliver on the MEGA’s promise of seamless, anxiety-free travel.

67. These statements demonstrate that Li Auto understood that the Li MEGA's success was inextricably linked to the rapid and effective deployment of their supercharging network. The personal involvement of top leadership, including Defendants Xiang Li and Zou, shows that Defendants put a strategic priority to ensure the infrastructure supporting the MEGA's headline feature—its 500-kilometer range with a 12-minute charge—is robust enough to deliver on the Company's promises of seamless, anxiety-free travel. During the February 26, 2024, earnings call, Li Auto confirmed it had "allocated sufficient capital for the construction of charging stations" and developed "a ***detailed*** operating models for the evaluation of ***each*** charging station," demonstrating the Company's commitment to the network's critical role in the MEGA's market success.

68. Li Auto former employees also confirmed that supercharging stalls were critical to customers who inquired about MEGA.

69. Former employee 1 ("FE 1")[13] worked at the Li Auto Qingdao Chongqing South Road Retail Center, located at No. 60 Changsha Road, Shibei District, Chongqing from August 2023 to May 2024, in the role of Auto Sales (North Third Region). His responsibilities included customer reception and order conversion. When asked whether supercharging stalls are crucial to MEGA sales, FE1 states that "This is a question that consumers are very concerned about, and almost every customer who visits the store to inquire or test drive will ask it."

70. Market analysts and investors similarly grasped the pivotal role of the supercharging network in driving the success of the Li MEGA and Li Auto's broader BEV lineup. In a research report titled "Resilient Sales in January," published on February 1, 2024, Morgan Stanley highlighted this dependency, noting that Li Auto's "supercharging network will be critical

[13] All former employees ("FEs") are referred to in the masculine to preserve their anonymity.

to its upcoming BEV offerings," reflecting the broader market consensus on this issue.

d. **While Li Auto Promoted Li MEGA, Defendants and the Market Acknowledged the L Series' Material Role in Achieving Q1 Outlook; Defendants Knew Reduction of Marketing and Sales Resources Would Materially Impact a Vehicle's Sale**

71. As Li Auto unveiled its first pure battery electric vehicle, the Li MEGA, both the Company and the market recognized that achieving the ambitious Q1 2024 delivery target of 100,000 to 103,000 units would hinge not only on this newcomer, but also on the proven strength of its extended-range electric vehicles: L7, L8, and L9. The Li MEGA, positioned in the luxury premium price range, was expected to attract fewer buyers due to its steep cost, while the L7, L8, and L9—priced more accessibly between RMB300,000 and RMB460,000—had already cemented their reputation as reliable family-oriented EREVs. These models, having emerged from Li Auto's years of 0-to-1 innovation in EREV technology and commercialization, had successfully transitioned into the 1-to-10 scaling phase, effectively addressing long-distance travel anxiety that BEVs often struggle to overcome. Defendant Xiang Li underscored this reality during the February 26, 2024 earnings call, stating, "With volume production delivery of Li MEGA and 2024 model year Li L7, L8, and L9, we expect our total vehicle deliveries for Q1 2024 to range between 100,000 units to 103,000 units, with March delivery exceeding 50,000 units." This statement reveals a clear acknowledgment that, in addition to Li MEGA, the L series—particularly the L8, the lineup's mainstay—would be the driving force behind meeting this outlook.

72. Analysts also recognized the L series' material role in achieving Li Auto's Q1 2024 delivery outlook of 100,000 to 103,000 units.

73. During the February 26, 2024, earnings call, Goldman Sachs analyst Tina Hou questioned senior management about the profit margins of upcoming BEV models compared to EREVs, noting, "considering the battery price as well as 5C charging capability and initially

smaller volume versus your EREV models. What kind of like margin difference should we expect for the BEV models?" Her question showed the market's expectation that the Li MEGA, as a new BEV, would achieve lower delivery volumes compared to the L series EREVs while the L7, L8, and L9 would account for the majority of Li Auto's Q1 2024 deliveries.

74. In a February 26, 2024 research report titled "23Q4: Solid GPM with Strong Guidance," UBS raised its price target from $34.8/ADS to $45/ADS, noting,

> Upwards. Management guided 24Q1 delivery of 100-103k units, implying average 35- 36k sales in Feb and Mar in addition to 31k delivered in Jan. Based on a solid track record of execution, we believe the encouraging outlook highlights ***management's optimism over L-series facelift product competitiveness*** and MEGA's robust market demand. Li Auto remains our top pick among EV new forces.
>
> (Emphasis added.)

75. This analysis underscores the L series—especially the refreshed 2024 models—as the material component of Li Auto's near-term success.

76. Similarly, Barclays, in a February 26, 2024 report titled "Strong 4Q GM Despite Price Cuts; New Product Launches Key for 2024," raised its price target from $41.34 to $56/ADS, emphasizing the L series' dominance in Q1 outlook. The report stated,

> Considering LI Mega will be officially launched on March 1, and it is a higher end model, therefore lower deliveries, ***we expect to see the majority (more than 90%) of the deliveries in March will be contributed by the L7, L8, and L9***, partially driven by the launch of the new 2024 L7, L8, and L9 in March.
>
> (Emphasis added.)

77. This forecast highlighted the L series as a key volume driver, reinforcing that Li Auto's Q1 2024 success would rely heavily on its established EREV lineup, even amidst the excitement surrounding the new Li MEGA.

78. Furthermore, Li Auto itself has long recognized that the success of its vehicles, including models like the L series, relies heavily on robust marketing, sales resources, and in-store visibility under its direct-sales model, which prioritizes face-to-face customer engagement over traditional dealership networks. Under Li Auto's direct sales model, the Company owns and operates its sales and distribution channels, where customers can inspect vehicles, take test drives, and place orders. Li Auto has emphasized the importance of this face-to-face engagement, stating, "We have established larger retail stores in shopping malls with high traffic and popular auto sales parks to effectively boost the exposure of our brand and products while providing consumers with comprehensive and in-depth test-drive experiences." The Company further noted, "Our success will depend in large part on our ability to effectively develop our own sales channels and marketing strategies," and highlighted three key lead-generation avenues: "***retail stores***, media platforms, and user word-of-mouth." Defendant Xiang Li also stated, "The number of store display spaces is very important" to driving Li Auto's sales—a clear nod to the critical role physical presence plays in showcasing models like the L8 to its buyers.

79. In its July 30, 2020 IPO prospectus, Li Auto emphasized that its operational results depended on retail stores displaying vehicles and effective sales and marketing, stating,

> We bring a steady stream of sales leads through three channels: ***retail stores***, media platforms and user word-of-mouth.
>
> * * *
>
> We also expect our period-to-period results of operations to vary based on our operating costs, which we anticipate will increase significantly in future periods as we, among other things, design, develop, and manufacture our EREVs and new models, build and equip new manufacturing facilities to produce such components, ***open new retail stores***, galleries, and delivery centers, ***increase our sales and marketing activities***, and increase our general and administrative functions to support our growing operations.
>
> (Emphasis added.)

80. Indeed**,** Defendants understood that reduced facetime and fewer marketing efforts directly lead to lower vehicle sales, a lesson reinforced by its historical experience during the COVID-19 pandemic. The IPO prospectus stated that temporary retail store closures during COVID-19, which limited customers' ability to see, touch, and test-drive vehicles, materially impacted sales and delivery targets. Specifically, in the prospectus, Li Auto listed "Our ability to attract orders and achieve delivery targets" as the first key factor that "directly affect[s]" Li Auto's results of operations in the "Key Factors Affecting Our Results of Operations" under the "Management's Discussion and Analysis of Financial Condition and Results of Operations" section, stating that,

> ***Our ability to attract orders and achieve delivery targets***
>
> Our results of operations depend significantly on our ability to attract orders from customers and achieve our vehicle delivery targets, both of which impact our sales volume. …***The temporary closure of our retail stores or delivery and servicing centers in response to the COVID-19 outbreak and the reduced visitor traffic after reopening also had an impact on the timely achievement of our delivery targets***."
>
> (Emphasis added.)

81. The prospectus also stated that,

> ***Due to concerns or fear of spread of COVID-19, consumers were reluctant to visit in person our retail stores or delivery and servicing centers for potential new car purchases***. While the duration of the impact of the pandemic on our business and related financial impacts cannot be reasonably estimated at this time, ***our consolidated results of operations for the first half of 2020 were adversely affected with potential continuing impacts on subsequent periods***."
>
> (Emphasis added.)

82. Li Auto's experience during COVID-19, when reduced store access diminished customer interest and adversely affected results, demonstrates the Company's awareness that

cutting marketing, sales resources, or vehicle facetime would materially hinder its ability to meet delivery targets and achieve sales success. Li Auto's SEC filings before and during the Class Period consistently reiterated this understanding.

#### e. Unbeknownst to Investors, Li Auto's Resource Shift Jeopardized L Series Sales and Q1 2024 Outlook

83. Despite the acknowledged importance of the L series, particularly the Li L8, in achieving the 100,000 to 103,000 unit deliveries for Q1 2024, Defendants knowingly redirected critical resources—store display spaces, sales personnel, and marketing focus— away from the proven, best-selling L series, including the newly released 2024 models, toward the unproven Li MEGA during Q1 2024 and the Class Period. Li Auto's "main force vehicle model" L8's display spots were even slashed by 40%. This strategy slashed the L series' vital "facetime" with potential customers and materially undermined L series sales and negatively impacted overall first-quarter deliveries. However, when Defendants issued their upbeat Q1 2024 delivery outlook on February 26, 2024, they failed to disclose this important factor that could cause the first quarter's actual results to differ materially from the optimistic outlook.

84. Later, on March 21, 2024 when Li Auto slashed the Q1 2024 vehicle delivery forecast, Defendant Xiang Li privately confessed to this problem in an internal letter to all Li Auto employees, as, admitting, "The sales team significantly reduced the time and energy spent on serving L series customers, and the main model, the Li Auto L8, didn't even have display space in the stores." This lack of in-store visibility and engagement, critical to Li Auto's direct-sales model, undermined the L series' performance and Q1 deliveries. However, neither Li Auto nor Defendant Xiang Li disclosed to U.S. investors in the published outlook update this significant resource shift, which caused L series underperformance in Q1 and forced Li Auto to lower its Q1 outlook.

85. On May 20, 2024, while unveiling Li Auto's lackluster Q1 financials, Defendant Xiang Li further revealed, "in the past few months," L8 display spots had been cut by "40%."

86. These admissions exposed how the Company knowingly undermined its sales powerhouse, a material fact omitted from the rosy February 26 outlook. At the May 15, 2025 pre-motion conference regarding Li Auto's anticipated motion to dismiss, Li Auto also confirmed that it and its senior management took affirmative actions to shift the Company's resources away from marketing and selling L series.[14]

87. Former employees consistently confirm that, during Q1 2024 and the Class Period, Li Auto's senior management deliberately shifted the majority of resources—display spaces, personnel, and even R&D—to the MEGA, sidelining the L series despite its role as the sales driver. They confirm that Defendants Li and Ma, who controlled display decisions, knew by January and February 2024—based on dismal MEGA pre-orders and the L series' reduced support—that the first quarter target was at risk, yet this was never disclosed.

88. Former employees corroborate these facts, confirming that Li Auto's senior management made the decision to prioritize the MEGA, allocating the majority of Company resources, including store display space, personnel, and R&D, to its launch. This occurred despite the L series, especially the new 2024 models, contributing the bulk of the Q1 delivery targets. Multiple former employees state that senior management, including Individual Defendants, were aware of the L8 display removals and possessed real-time sales data indicating the MEGA's underwhelming pre-order performance. They state that management knew, as early as January and

[14] *See* Pre-Motion Conf. Tr. at 5:25-6:4 ("[A]s any business would, they shifted some of their resources, …, sales force, marketing attention, away from their existing models towards the new product that was being launched and, ultimately, it didn't pan out the way that the company was hoping."); *see also*, *Id.* at 6:18-6:19 ("[A]ll they say is that, you know, senior management was aware of this shift in marketing resources.").

February 2024, that the Company would likely miss its Q1 delivery outlook due to this resource misallocation.

89. Former employee 2 ("FE 2") worked as an NEV Auto Sales representative at Li Auto Shenzhen Longgang Delivery Center, located at Wanguo City, Nawan Street, Longgang District, from March 2022 to January 2025. FE 2 was responsible for vehicle new stock entry, PDI (pre-delivery inspection) testing, vehicle preparation, and final inspection.

90. FE 2 states, "Before the official March 2024 launch of the MEGA, our frontline sales team spent the majority of their time and energy focusing on the MEGA's product features, technical specifications, and sales pitches. We began preparations and concentrated training in October 2023. At physical stores, launch events, and test drives, the MEGA was always placed in the core exhibition spots. The MEGA is a high-end model, primarily targeting first-tier cities, where resources are more concentrated."

91. Regarding the shift of sales and delivery resources toward the MEGA, FE 2 explains, "It was definitely a decision made by senior management, not just our store's strategy." "Before the MEGA launch, almost every store was required to have a MEGA test drive vehicle." In some smaller stores, the L8 display spaces were "reduced or even eliminated altogether. The same happened with other vehicle series. Starting at the end of March, stores with poor sales gradually started to bring the L8 back." FE 2 further states, "In terms of R&D, from 2022 to the end of 2023, Li Auto gradually shifted part of the L series R&D team to work on the development of the pure-electric MEGA. By the end of 2023, during the final push for the MEGA, we paused the upgrade of the L8 Pro version and concentrated resources on the MEGA's mass production. The construction of city supercharging stations for the L series extended-range vehicles was delayed" to ensure preparation for the MEGA's launch.

92. Regarding in the first quarter of 2024, whether specific models were displayed at each individual store was decided by the Company's senior management, FE 2 explains that "The decision on which models to display and which to prioritize in front is made by the Company's headquarters." "Li Xiang and Ma Donghui were aware of the removal of the L8 from the display. The Company placed great importance on display spot planning and store management, and any changes related to product upgrades, configuration optimization, and adjustments to rights and benefits must be coordinated with changes to display space. This is a crucial part of the sales decision-making process."

93. Former employee 3 ("FE 3") was a Product Specialist (Automotive Sales) at Li Auto Zhizao Automotive Sales Service (Zibo) Co., Ltd., from November 2023 to June 2024. He was responsible for customer reception and vehicle sales at the Li Auto Zibo Wanxianghui Retail Center, located at No. 66 Jinjing Avenue, Zhangdian District, Zibo. FE 3 confirms that, while marketing the MEGA, Li Auto's sales team significantly reduced the time and energy spent on serving L series customers: "our store prioritized recommending the new vehicle [i.e. MEGA], as the sales commission for the MEGA was also higher." FE 3 also confirms that his store no longer had display space for the L8 and L7 models because the store had "removed the L8 and L7 displays; otherwise, there wouldn't be space for the MEGA."

94. Former Employee 4 ("FE 4") worked in Sales Management as a Sales Team Manager at Li Auto Co., Ltd. (Wuxi) from September 2022 to September 2024. Source 4 was responsible for daily sales operations and maintaining customer relationships at Li Auto's Wuxi Binhu District Retail Center, located at Wuxi Wanxiang City. FE 4 states that before the MEGA launch, Li Auto's sales team members "took turns attending concentrated MEGA training. After the Chinese New Year holiday, around February 20, 2024, training was held in both Beijing and

Nanning, with each region rotating. I went to Nanning for a 3-day explanation and testing training session." Regarding whether the sales team significantly reduced the time and energy spent on serving L series customers to promote the MEGA, FE 4 confirms that during the training month, it did have an "impact, as the training itself took up time and energy." Regarding in the first quarter of 2024, whether specific models were displayed at each individual store was decided by the Company's senior management, FE 4 explains, "The requirements must be issued by the headquarters to the store managers, and the stores were expected to meet these requirements to the greatest extent."

95. Former employee 5 ("FE 5") was a Regional Operations Supervisor at Li Auto from May 2023 to March 2025 in the Taiyuan region, managing the operations of three stores: Taiyuan Wanxiang City, Taiyuan Xinhui Zhong Store, and Wuyue Plaza. This included physical "people, goods, and venue" management. FE 5 confirms that the L8 did not even have display space in the stores in the first quarter of 2024 and were "prioritized for removal" "when the MEGA and other models took up display spaces." As a result, "potential L8 customers who came to the stores but could not experience the actual vehicle may have led to lower conversion rates." FE 5 also confirms that Li Auto's sales team significantly reduced the time and energy spent on serving L series customers to promote the MEGA, which "did have an impact because the sales team had to handle both the promotion of the MEGA and the launch of the new L series models (2024 L7/L8/L9). Technicians responsible for the L series deliveries and after-sales service were also likely reassigned to support the MEGA deliveries, which caused issues with appointment scheduling for maintenance and repairs for existing owners."

96. Former employee 6 ("FE 6") worked as an Automotive Salesperson at Li Auto's Beijing Xiangyun Town Retail Center, located at Building 4, North Area, COFCO Xiangyun Town

Shopping Center, 9 Antai Street, Shunyi District, Beijing, from April 2022 to April 2024. FE 6 confirms that when the MEGA was displayed, the Li L8 was removed from his store because, "Due to the larger size of the model, we couldn't display both, so we replaced the L8 with the MEGA for display." FE 6 also confirms that the decision about which models were displayed at the stores was "a decision made by senior management, which was then communicated to the stores. We were told which models needed to be displayed, and the stores carried out the plan." FE 6 also confirms "the sales data for each store is updated in real-time on the backend system."

97. Former employee 7 ("FE 7") worked as a Li Auto Product Specialist, an Automotive Sales representative, from March 2021 to March 2024 at the Beijing Huaxi Sales Center. He was responsible for promoting automotive products and inviting customers to visit the store for test drives. FE 7 states that he knew during the MEGA pre-order phase that it would fall short of expectations "because there was quite a gap during the pre-order phase." FE 7 further explains that the Company first realized that sales were below expectations "in January and February 2024." He also states that the decision about which models were displayed at the stores "was made by senior management. The Company had its own set of standards, and each store simply followed these [standards], unlike franchise stores that have autonomy. Decisions on which cars to remove and which to bring in were made by the senior management."

98. Former employee 8 ("FE 8") was a Store Product specialist at Li Auto (Beijing) Sales and Service Co., Ltd. from June 2023 to March 2024, responsible for planning and executing offline activities for all stores in Beijing, as well as managing lead tracking and data analysis for all stores in the entire Beijing area. The activities included store openings, outdoor exhibitions, holiday-themed test drive events, and the planning, business comparison, execution, and post-event review of these activities. FE 8 states that the Company, Defendants Li and Ma tracked

national sales data for each model in real-time because "The Company had a backend system that reports real-time sales data." "Regarding which models to display, that should be a decision made by the Company. In January and February 2024, senior management should have known that some stores had removed the L8 from display because the stores took photos of the models on display every day when they opened the door and uploaded them to the Company's system for reporting."

99. Former employee 9 ("FE 9") was an Automotive Sales representative at Li Auto Beijing from June 2021 to July 2024. Sometimes FE 9 worked at Li Auto's Beijing headquarters, and other times he worked in a store doing retail sales. FE 9 states, in January and February 2024, "The MEGA was available for pre-order, but the market response was poor." FE 9 adds that Li Auto, Defendants Xiang Li and Ma had access to national pricing and sales numbers because "the pricing for each model across the country was set by the Company. There was a backend system that reported sales. Every time an order was placed, the backend system updated it, so the latest sales numbers were available every day."

100. Regarding when did the Company became first aware that MEGA's sales would fall short of expectations, FE 9 states that "The Company knew in January and February 2024 because at that time, there were many cancellations of 'big deposit' pre-orders. The number of 'small deposit' pre-orders was far lower compared to when the L9 first became available for pre-order. When the L9 was released, there were over 50,000 'small deposit' pre-orders, and very few were canceled."[15] FE 9 also adds that "In the first quarter of last year, the models to be displayed

[15] A "small deposit" pre-order refers to a non-binding prepayment made to the dealer as a sign of intent to purchase a car. If the buyer changes their mind after paying the small deposit, they can back out, and the dealer must refund the full amount. The small deposit is typically a relatively small sum, generally around a few thousand RMB. In the case of the MEGA, it was RMB5,000. A "big deposit" pre-order is part of a legally binding contract to purchase the car, meaning the buyer cannot back out once the deposit is paid. Even if the buyer changes their mind, the deposit

in the store were decided by senior management." FE 9 states that in January and February 2024, the senior management must have definitely known that some stores had removed the L8 from display because "deciding which models to display nationwide must be approved by the Company's senior leadership. A sales department manager couldn't make that decision alone." FE 9 adds, "The regional managers and sales department presidents didn't have the authority to decide; they all needed to report to the senior leadership."

101. Former employee 10 ("FE 10") was a Product Specialist at Beijing CHJ Information Technology Co., Ltd., Li Auto's primary operating subsidiary, from October 2023 to December 2024, responsible for car sales at a store in Kunming, Yunnan Province. FE 10 confirms that, "Our store had limited display space for only two cars. In order to display the MEGA, we had to remove the L8 from the showroom."

102. Former employee 11 ("FE 11") was an Automotive Sales representative at Li Auto Changchun Jingyue Retail Center, from September 2023 to July 2024, responsible for car sales at the store, including customer reception, collecting customer information, test drives, and other tasks. FE 11 confirms that the Company, and Defendants Li and Ma had access to real-time data on orders, sales, and other information for each model "in real-time. They could see the data at any time. The Company had a monitoring system that provides real-time reports on these data."

103. Former employee 12 ("FE 12") was a Product Specialist at Beijing CHJ Information Technology Co., Ltd., from September 2021 to September 2022. He was responsible for car sales at a Li Auto store in Luoyang, including explaining and selling Li Auto vehicles. FE 12 also confirms that each store reported the sales status and orders to the Company's reporting

---

is non-refundable. The big deposit is a larger amount paid on top of the small deposit and typically ranges from 10% to 30% of the car's price.

system; "Senior management could also view these data. Li Auto actually had a sales system where they could see the daily task volume, workload, and orders."

104. Li Auto's senior executives also consistently confirmed Li Auto's hands-on approach to real-time sales and inventory monitoring.

105. Defendant Zou, who joined Li Auto as the Senior Vice President of Sales and Services in April 2023, underscored the Company's real-time sales monitoring in an interview with Guancha.cn or The Observer on January 15, 2024. When asked how he improved Li Auto's production, supply, and sales structure to the current daily cycle, he confirmed that Li Auto reviewed its inventory on a "daily" basis, requiring that any customer who pays a deposit of RMB5,000 should have the car delivered in less than 7 days on average.

106. During the February 26, 20204 earnings call, when asked about "what the company ha[d] done so far to ensure the smooth production ramp deliveries, while keeping the inventory lean" to meet the "first quarter volume guidance of 100,000 to 103,000," Defendant Ma stated that "on the planning front, using our new integrated planning system we have connected supply and demand end-to-end and have lock down all of the necessary requirements from end-to-end." This stated showed Li Auto's top-to-bottom monitoring of the production and supply chain to enable real-time adjustments according to the demand.

107. Li Auto's monthly delivery updates, filed with the SEC the day after each month's end, corroborate the Company's daily sales data collection. Defendant Xiang Li's accompanying comments in these filings from at least June 2023 to June 2024 demonstrate his active monitoring of Li Auto's delivery data.

108. Despite possessing knowledge of the Company's strategic reallocation of resources away from its best-selling L series, the Defendants failed to disclose this important factor that

could cause the first quarter's actual results to differ materially from the optimistic outlook. The impact of this resource shift was stark: as shown in the table below, L8 sales plummeted from over 15,000 units in December 2023, failing to recover to the over 10,000-unit levels seen in the previous six months. Similarly, L7 and L9 sales experienced significant declines. In March 2024, even with the addition of the heavily promoted MEGA sales, Li Auto only achieved 28,984 units, a mere 57% of the Defendants' outlook of 50,000 units for March. Ultimately, Li Auto's Q1 2024 sales reached only 75,022 units, a 25% shortfall from the initial outlook.

**Monthly Deliveries by Models**

| Month | Li ONE | L7 | L8 | L9 | MEGA | L6 | Monthly Total |
|---|---|---|---|---|---|---|---|
| 2023 Jul | 5 | 13,389 | 11,315 | 9,425 | - | - | **34,134** |
| 2023 Aug | 2 | 12,752 | 11,227 | 10,933 | - | - | **34,914** |
| 2023 Sep | 1 | 12,982 | 11,193 | 11,884 | - | - | **36,060** |
| 2023 Oct | -1 | 15,525 | 12,142 | 12,756 | - | - | **40,422** |
| 2023 Nov | 0 | 16,599 | 12,476 | 11,955 | - | - | **41,030** |
| 2023 Dec | -1 | 20,428 | 15,013 | 14,913 | - | - | **50,353** |
| 2024 Jan | -1 | 13,343 | 9,061 | 8,762 | - | - | **31,165** |
| 2024 Feb | -1 | 8,459 | 5,457 | 6,336 | - | - | **20,251** |
| 2024 Mar | 0 | 10,768 | 6,392 | 8,595 | 3,229 | - | **28,984** |
| 2024 Apr | 0 | 10,666 | 5,035 | 6,560 | 1,145 | 2,381 | **25,787** |
| 2024 May | 0 | 9,540 | 5,322 | 6,579 | 614 | 12,965 | **35,020** |

**f. <u>Contrary to Li Auto's Representations, the Company's Supercharging Station Construction Significantly Lagged Behind Its Stated Goals, Which Could Cause the Q1 2024 Actual Results to Differ Materially From the Outlook</u>**

109. At the February 26, 2024 earnings call, alongside the announcement of the optimistic first quarter outlook, Defendants also represented Li Auto had "begun to simultaneously accelerate the expansion of charging stations in cities" and was on track to build 2,000 supercharging stations by year-end to ensure the MEGA's success. However, at the time these statements were made, Defendants knew that this representation was materially false. In reality,

supercharging station construction was not accelerating; it was proceeding at an extremely slow pace, creating a significant bottleneck that undermined the Li MEGA's market appeal and severely impacted overall Q1 deliveries. This "accelerating" statement was not only a materially misleading affirmative representation in itself, but also constituted an important undisclosed factor that Defendants knew would cause the actual Q1 results to materially differ from their optimistic outlook. Despite this knowledge, Defendants failed to disclose the true state of the supercharging network's expansion when announcing the Q1 outlook.

110. As of December 31, 2023, Li Auto had 307 supercharging stations, meaning it needed to build 1,693 more in 2024 to hit the 2,000-station target. Yet, in January, February, and March 2024, the Company added only 25, 17, and 8 stations—1.5%, 1.0%, and 0.5% of the annual goal, respectively. Li Auto and senior management actively monitored this dismal progress. During the February 26, 2024 earnings call, Defendant Zou confirmed that "[t]he company's cash reserves are ample, and we have allocated sufficient capital for the construction of charging stations. The company has a ***detailed operating models*** for the evaluation of ***each*** charging stations" and Defendant Zou was "personally" "looking after each and every charging station investment." This hands-on oversight underscores that Defendants were fully aware of the construction lag, contradicting their public claims of acceleration and creating the material risk to the Q1 forecast.

111. FE 9 confirms the supercharging network's role in sales pitches: Li Auto provided information about supercharging stations "as a selling point for electric vehicles" "during sales training as part of the sales pitch for frontline sales." This highlights how the Company leaned on the promise of a robust network to sell the MEGA, even as the reality fell short.

112. However, FE 1 reveals the disconnect: "The coverage of 5C charging stations was a weak spot for the Li MEGA, and as sales representatives, we emphasized other advantages to

mitigate this problem." He adds, "In cities with fewer 5C charging stations, the sales of the MEGA are slow to take off," noting that in inland and northern cities where the progress of 5C charging station coverage lags behind other regions, which has negatively impacted the MEGA's sales in these areas. FE 1 learns this through regular meetings and work discussions with his superiors and colleagues because his store managers and regional leaders had regular weekly and monthly online meetings to exchange information.

113. FE 1 further explains Li Auto's deflection strategy: if a customer had concerns about the availability of supercharging stations in their area, Li Auto's sales representatives were asked to respond as follows to alleviate potential purchasers' concern and convince them to buy MEGA. First, they were required to explain that in areas with fewer supercharging stations, the number of users was also relatively low, and the current charging infrastructure was sufficient without issues of overcrowding. Second, the sales then provided a positive outlook by assuring them that more supercharging stations would be built in the future to address their concerns.

114. FE 3 also confirms that the supercharging infrastructure shortfall as a key sales barrier because "The deployment of charging stations was also not properly implemented. When it was first launched, each charging station only had one 5C charger installed. There were only a few 5C charging stations across all of Shandong, and they were primarily located on highways, with almost none in urban areas."[16]

115. Former employee 13 ("FE 13") was a Client Manager—Key Account Representative from November 2023 to May 2024. FE 13 was responsible for the development of

[16] Shandong is one of the 34 provinces in China. Home to over 100 million inhabitants, Shandong is the world's sixth-most populous subnational entity and China's second-most populous province. In 2021, the economy of Shandong was China's third-largest provincial economy, equivalent to the GDP of Mexico.

business related to key account charging stations on highways in Shandong Province. Tasked with market research on charging network construction, bidding, business negotiations, framework contract revisions, signing business contracts, and maintaining relationships with key clients, FE 13 has direct insight into the Company's charging infrastructure efforts. He states, in November 2023, Li Auto launched its national highway supercharging network strategy, with a goal of building 2,000 supercharging stations throughout the year, including 700 highway supercharging stations. Li Auto designated Shandong Province as one of the key provinces for initial coverage. Yet, despite this priority status, FE 13 reveals that it was not until January 2024 that Li Auto completed construction of the first charging station in Shandong Province, equipped with 6 5C supercharging stalls. Even months later, progress lagged severely, as he explains, by April 2024, Li Auto had built only 30+ to 40+ 5C supercharging stalls. This sluggish rollout highlights a significant gap between Li Auto's ambitious representations and its actual execution, undermining the MEGA's sales prospects in a critical region.

116. FE 11 links the supercharging station shortfall to sales, stating that "The negative impact was mainly on the MEGA's sales, because its main selling point was fast charging." He adds, "Li Auto had previously advertised that the car could be charged for 500 kilometers in 12 minutes, but in the end, there were no places to charge."

117. FE 10's statements corroborate the nationwide lag: in the first quarter of 2024, "there was only one [supercharging station] in Yunnan Province. Li Auto initially promoted its supercharging stations very aggressively, but in terms of actual execution—whether in progress or results—both internally for Li Auto personnel and for customers, it fell far short of expectations."[17]

[17] Yunnan is an inland province in Southwestern China, bordering Southeast Asian countries Myanmar, Vietnam, and Laos. In 2023, Yunnan had a population of 46.7 million.

118. Later, as the Q1 2024 financial results published on May 20, 2024, in Q1 2024, Li Auto built just 50 supercharging stations—3.0% of its annual target—creating a severe bottleneck for MEGA sales. By May 20, 2024, the end of the Class Period, only 404 stations were operational. By December 31, 2024, the total reached 1,727—273 stations, or 14%, below the promised 2,000. This persistent shortfall, known to management through Defendant Zou's oversight and real-time monitoring, directly contradicted the February 26, 2024 claims of acceleration, undermining the MEGA's viability and the Q1 outlook.

## V. MATERIALLY FALSE AND MISLEADING STATEMENTS ISSUED DURING THE CLASS PERIOD

119. The Class Period begins on February 26, 2024, when Li Auto issued a press release during pre-market hours announcing its unaudited fourth quarter and full year 2023 financial results on the Form 6-K. The press release stated, in relevant part:

> **Business Outlook**
>
> For the first quarter of 2024, the Company expects:
>
> - **Deliveries of vehicles** to be between 100,000 and 103,000 vehicles, representing an increase of 90.2% to 95.9% from the first quarter of 2023.
> - **Total revenues** to be between RMB31.25 billion (US$4.40 billion) and RMB32.19 billion (US$4.53 billion), representing an increase of 66.3% to 71.3% from the first quarter of 2023.[18]
>
> This business outlook reflects the Company's current and preliminary views on its business situation and market conditions, which are subject to change.

120. These statements were materially false and misleading when made because the outlook was accompanied by no meaningful, specific cautionary statements identifying important factors of the then existing facts that could cause the first quarter's actual results to differ materially

[18] All emphases included herein are added unless otherwise indicated.

from the optimistic outlook. Specifically, Defendants had actual knowledge of, but failed to disclose, two important factors that could cause the first quarter's actual results to differ materially from the optimistic outlook.

121. First, Li Auto had significantly shifted its substantial resources—including store display space, sales staff, and marketing efforts—away from the proven L series, including the new 2024 models, towards the unproven MEGA during Q1 2024 and the Class Period. While issuing the optimistic Q1 outlook, Defendants did not inform investors that this resource reallocation, including a 40% reduction in L8 display spots, negatively impacted L series demand in January and February 2024 and would continue to materially adversely impact L series demand in March 2024, and thereby could cause the first quarter's overall delivery and revenue to differ materially from the optimistic Q1 2024 outlook. As stated above, Defendants had actual knowledge of this factor when making the first quarter outlook, but failed to disclose it causing the outlook materially false and misleading. Second, when the outlook were made, Defendants knew the construction of supercharging stations, crucial for the MEGA's success, was not accelerating as represented but instead proceeding at an extremely slow pace, creating a significant bottleneck for MEGA sales. This infrastructure delay were materially hampering MEGA sales and the overall Q1 2024 sales, thereby could cause the first quarter's overall delivery and revenue to differ materially from the optimistic Q1 2024 outlook. As stated above, Defendants had actual knowledge of this factor when making the first quarter outlook, but failed to disclose it, causing the outlook materially false and misleading.

122. That same day, Li Auto hosted an earnings call with investors and analysts to discuss the Company's Q4 2023 results (the "Q4 2023 Earnings Call"). During the earnings call, Defendant X. Li stated, in relevant part:

In 2024, the virtuous cycle of our business growth will solidify our long-term profitability, cash generation – generating capabilities and capital base. This trajectory will further deepen our R&D efforts across products, platforms and systems, ensuring consistent delivery of exceptional products and services to our users in the long run. 2024 will be an unprecedented year of new product launches for Li Auto, beginning in March with the launch of our high-tech flagship and family MVP, Li MEGA, developed on a pure BEV platform, Li MEGA integrates the latest technological advancements in 5C BEV technologies, smart space and autonomous driving.

We also plan to begin mass delivery of 2024 model year Li L7, L8 and L9 models starting in March. You're all welcome to tune into our Li Auto 2024 Spring product launch event, this Friday, March 1, where we'll be unveiling more exciting vehicles about Li MEGA and our 2024 model year L Series.

***

***In 2024, we will continue to accelerate our supercharging network expansion across highways and cities nationwide, targeting 2,000 supercharging stations by year-end.*** On the production front, Li Auto's Beijing Green Intelligent Manufacturing base went into production towards the end of 2023, ready for volume production of Li MEGA and subsequent BEV models. ***With volume production delivery of Li MEGA and 2024 model year, L7, L8 and L9, we expect our total vehicle deliveries for Q1 2024 to range between 100,000 units to 103,000 units with March delivery exceeding 50,000 units.*** In 2024, we'll continue to learn from the best enterprises, iterate ourselves and surpass expectations as we create mobile homes and create happiness.

(Emphasis added.)

123. The first quarter outlook of between 100,000 units to 103,000 units in delivery, with March delivery exceeding 50,000 units were materially false and misleading when made because the outlook was accompanied by no meaningful, specific cautionary statements identifying important factors of the then existing facts that could cause such actual delivery results to differ materially from the optimistic outlook. Specifically, Defendants had actual knowledge of, but failed to disclose, two important factors that could cause the first quarter's actual delivery results to differ materially from the optimistic outlook.

124. First, Li Auto had significantly shifted substantial resources—including store display space, sales staff, and marketing efforts—away from the proven L series, including the new 2024 models, towards the unproven MEGA during Q1 2024 and the Class Period. While

issuing the optimistic Q1 outlook, Defendants did not inform investors that this resource reallocation, including a 40% reduction in L8 display spots, negatively impacted L series demand in January and February 2024 and would continue to materially adversely impact L series demand in March 2024, and could cause the first quarter's overall delivery and revenue to differ materially from the optimistic Q1 2024 outlook. As stated above, Defendants had actual knowledge of this factor when making the first quarter outlook, but failed to disclose it. Second, when the outlook was made, Defendants knew the construction of supercharging stations, crucial for the MEGA's success, was not accelerating as represented but instead proceeding at an extremely slow pace, creating a significant bottleneck for MEGA sales. This infrastructure delay was materially hampering MEGA sales and the overall Q1 2024 sales, and thereby could cause the first quarter's overall delivery and revenue to differ materially from the optimistic Q1 2024 outlook. As stated above, Defendants had actual knowledge of this factor when making the first quarter outlook, but failed to disclose it, causing the outlook materially false and misleading.

125. Additionally, the bold and italicized statement regarding accelerating supercharging station expansion targeting 2,000 supercharging stations by year-end was affirmatively materially false and misleading about the then existing facts because as stated above, the supercharging stations expansion was not being accelerated but progressing at an extremely slow pace.

126. During the same earnings call, Defendant Tie Li also stated,

> Turning to our balance sheet and cash flow. Our cash position remains strong and stood at RMB103.67 billion or $14.6 billion as of December 31, 2023. Net cash provided by operating activities in the fourth quarter was RMB17.29 billion or $2.44 billion, up 251.1% year-over-year and 19.2% quarter-over-quarter. And free cash flow was RMB14.64 billion or $2.06 billion in the fourth quarter, up 349.4% year-over-year and 10.7% quarter-over-quarter. As of December 31, 2023, we had a total of 31,591 employees. For more information and details of our 2023 full-year financial results, please refer to our earnings press release. And now for our

> business outlook. ***For the first quarter of 2024, the company expects the delivery to be between 100,000 and 103,000 vehicles representing an increase of 90.2% to 95.9% from the first quarter of 2023. The company also expects first quarter total revenues to be between RMB31.25 billion and RMB32.19 billion, or $4.4 billion and $4.53 billion, representing an increase of 66.3% to 71.3% from the first quarter of last year. This business outlook reflects the company's current and preliminary view on its business situation and market condition, which is subject to change.***
>
> (Emphasis added.)

127. These bold and italicized statements were materially false and misleading when made because the outlook was accompanied by no meaningful, specific cautionary statements identifying important factors of the then existing facts that could cause the first quarter's actual results to differ materially from the optimistic outlook. Specifically, Defendants had actual knowledge of, but failed to disclose, two important factors that could cause the first quarter's actual results to differ materially from the optimistic outlook.

128. First, Li Auto had significantly shifted its substantial resources—including store display space, sales staff, and marketing efforts—away from the proven L series, including the new 2024 models, towards the unproven MEGA during Q1 2024 and the Class Period. While issuing the optimistic Q1 outlook, Defendants did not inform investors that this resource reallocation, including a 40% reduction in L8 display spots, negatively impacted L series demand in January and February 2024 and would continue to materially adversely impact L series demand in March 2024, and thereby could cause the first quarter's overall delivery and revenue to differ materially from the optimistic Q1 2024 outlook. As stated above, Defendants had actual knowledge of this factor when making the first quarter outlook, but failed to disclose it causing the outlook materially false and misleading. Second, when the outlook was made, Defendants knew the construction of supercharging stations, crucial for the MEGA's success, was not

accelerating as represented but instead proceeding at an extremely slow pace, creating a significant bottleneck for MEGA sales. This infrastructure delay was materially hampering MEGA sales and the overall Q1 2024 sales, thereby could cause the first quarter's overall delivery and revenue to differ materially from the optimistic Q1 2024 outlook. As stated above, Defendants had actual knowledge of this factor when making the first quarter outlook, but failed to disclose it, causing the outlook materially false and misleading.

129. During the same Febuary 26 earinigns call, when a market analyst Bin Wang of Deutsche Bank asked Defendants as to when Li Auto would achieve its previously announced goal of selling a total 100,000 units and 30,000 units per model per month in 2024, Defendant Zou responded that,

> Our guidance remains unchanged. So we are still talking to sell over 100,000 models by end of this year. So starting from 2024 March, we will commence delivering of Li MEGA and also 2024 year model L9, L8 and L7 models making our entrance into a brand-new product cycle with the launch and delivery of more competitive new products, ***we anticipate our monthly deliveries to exceed 50,000 vehicles in March, which is next month*** and 70,000 in June.
>
> So the first half year. So when we hit the 70,000 monthly delivery milestone in June, the market will have a better understanding of all of our company's assumptions and dedication. We encourage you to watch our performance in the coming months. So I will hand over to Mr. Ma to answer your second question.
>
> (Emphasis added.)

130. The bold and italicized statement was materially false and misleading when made because the outlook was accompanied by no meaningful, specific cautionary statements identifying important factors of the then existing facts that could cause the March's actual delivery result to differ materially from the optimistic outlook. Specifically, Defendants had actual knowledge of, but failed to disclose, two important factors that could cause the March's actual delivery result to differ materially from the optimistic outlook.

131. First, Li Auto had significantly shifted its substantial resources—including store display space, sales staff, and marketing efforts—away from the proven L series, including the new 2024 models, towards the unproven MEGA during Q1 2024 and the Class Period. While issuing the optimistic March outlook, Defendants did not inform investors that this resource reallocation, including a 40% reduction in L8 display spots, negatively impacted L series demand in January and February 2024 and would continue to materially adversely impact L series demand in March 2024. As stated above, Defendants had actual knowledge of this factor when making the March outlook, but failed to disclose it causing the March outlook materially false and misleading. Second, when the outlook was made, Defendants knew the construction of supercharging stations, crucial for the MEGA's success, was not accelerating as represented but instead proceeding at an extremely slow pace, creating a significant bottleneck for MEGA sales. This infrastructure delay was materially hampering MEGA sales, and thereby could cause the March overall delivery to differ materially from the optimistic outlook. As stated above, Defendants had actual knowledge of this factor when making the outlook, but failed to disclose it, causing the outlook materially false and misleading.

132. Furthermore, during the same February 26 earnings call, Tim Hsiao, a market analyst of Morgan Stanley, questioned that in light of Li Auto's first quarter guidance of 100,000 to 103,000 unit deliveries, whether there was "any risk of supply bottleneck into March and April," and "what the company ha[d] done so far to ensure the smooth production ramp deliveries, while keeping the inventory lean", Defendant Ma, in response, stated that

> First of all, we have a lot of great experience in the new product launches and ramp up to achieve volume shortly after product launch. In the first calendar month after the launch of L7 and L9, respectively, we have been able to successfully produce and deliver over 10,000 units for each model. And we have collected all these best practices and lessons learned in and put them into our system. So whether it's new factories or new employees, they're all able to very easily replicate the success in

> the past.
> In terms of new models, on the R&D front, all the new vehicle lines are being developed on schedule. And in terms of production, we have already completed the construction of our factories ahead of time. And recruited and trained the relevant product -- blue collar workers.
> On the supply front, we have already built the supply capabilities and completed the risk analysis and have created plans and strategies based on the risks identified. And on the planning front, using our new integrated planning system we have connected supply and demand end-to-end and have locked down all of the necessary requirements from end-to-end. 2024 will be a big year for our -- in terms of new product launches and we're very confident to maintain the consistency and timeliness of our supply.

133. Considering holistically, these statements were materially incomplete, false and misleading because they presented an overly optimistic and incomplete picture of Li Auto's operational readiness and capacity to meet its ambitious Q1 2024 outlook, while omitting materially adverse facts known to Defendants at the time. Specifically, Defendant Ma claimed that "all the new vehicle lines are being developed on schedule," that production facilities were completed "ahead of time" with adequately trained workers, that supply capabilities were fully built with risk mitigation plans in place, and that an "integrated planning system" had "locked down all of the necessary requirements from end-to-end" to ensure "consistency and timeliness" for 2024 product launches. These assurances suggested a robust, well-coordinated operation poised to support the outlook of 100,000 to 103,000 vehicle deliveries and the successful rollout of new models like the Li MEGA. However, at the time these statements were made, Defendants had actual knowledge of, and failed to disclose, two material factors of the then existing facts that directly undermined this rosy portrayal and rendered the first-quarter outlook unattainable.

134. First, Defendants omitted that they had knowingly diverted substantial resources—store display spaces, sales personnel, and marketing efforts—away from the best-selling L series, which had accounted for over 90% of 2023 deliveries and was essential to achieving the Q1 outlook, toward the untested Li MEGA. This included slashing display spots for the Li L8, the

"main force vehicle model," by 40%, sidelining a proven revenue driver to prioritize a speculative new product. This resource reallocation materially weakened L series sales, a fact Defendants were aware of through real-time sales data showing erosion as early as January and February 2024, yet they failed to disclose this shift or its adverse impact on the Company's ability to meet its delivery targets. By touting seamless development, production, and supply chain readiness without revealing this strategic diversion, Defendants painted an incomplete and misleading picture that the Company poised to meet the outlook while hiding a significant risk to the outlook.

135. Second, Defendants' statements omitted that the construction of the supercharging network—crucial to the MEGA's market appeal and delivery goals—was not progressing as implied by their claims of operational preparedness, but was instead advancing at an extremely slow pace. At the time of the earnings call, only 50 supercharging stations had been built in Q1 2024, representing just 3% of the promised 2,000-station year-end goal, a bottleneck Defendants knew would cripple MEGA sales and overall Q1 performance. Despite asserting that supply and planning systems were fully aligned "end-to-end" and that risks were mitigated, Defendants failed to disclose this critical shortfall, which they were personally aware of through their oversight of the rollout and access to construction progress data. This omission rendered their statements about production and supply chain readiness materially incomplete, as the lack of supercharging infrastructure directly contradicted their assurances of a "big year" for new product launches.

136. By presenting these statements as evidence of a fully prepared and risk-mitigated operation, Defendants misled investors into believing that at the time when these statements were made, Li Auto was very well positioned to achieve its optimistic Q1 outlook, when in reality, they knew the undisclosed resource diversion from the L series and the sluggish supercharging station construction created substantial obstacles to meeting those targets. These omissions were material

because they obscured key risks that reasonable investors would have considered critical in assessing the reliability of the outlook and the Company's operational health.

137. During the same earnings call, when market analyst Ming Hsun Lee with Bank of America questioned the attending senior management about the profitability of Li Autos' charging stations in the context of Li Auto's plans to expand the charging station to 2,000 by the end of 2024, Defendant Zou responded,

> ***So by the end of 2024 and company plans to build a total of 2,000 charging stations, as you just mentioned. And by the end of this year, we will have built more than 700 highway supercharging stations covering 70% of the highways in China, as well as 90% of the highways in the four major economic zones. With the successive launches of BEV models this year, we have also begun to simultaneously accelerate the expansion of charging stations in cities. We anticipate that by the end of this year, the number of charging stations in cities will exceed 1,300, so totally 2,000.***
>
> The company cash reserves are ample and we have allocated sufficient capital for the construction of charging stations. The company has detailed operating models for the evaluation of each charging station. And by the way, personally, I'm looking after each and every charging station investment. And each station has its own profitability and ROI target. From a long-term perspective, we are very confident in our charging station's profitability prospect. Thank you.
>
> (Emphasis added.)

138. The above statements were materially inaccurate, incomplete false and misleading when made because they presented a materially inaccurate picture of Li Auto's ability to execute the optimistic plan to build 2,000 supercharging stations by year-end, while concealing critical adverse facts known to Defendants at the time. Defendant Zou's assurances that Li Auto had "begun to simultaneously accelerate the expansion of charging stations in cities," would construct over 700 highway stations covering 70% of China's highways and 90% of key economic zones, and would exceed 1,300 city stations by year-end—coupled with claims of "ample" cash reserves, "sufficient capital," and "detailed operating models" ensuring profitability—suggested a robust,

well-funded, and rapidly progressing infrastructure rollout poised to support the MEGA's success and the Company's Q1 2024 delivery targets of 100,000 to 103,000 vehicles. In truth, at the time these statements were made, Defendants were not ready to meet the year-end supercharging goals because the construction of supercharging stations was not accelerating as represented but was advancing at an extremely slow pace, with only 50 stations completed in Q1 2024 (just 3% of the annual target), a fact Defendants were aware of through real-time progress data and their direct oversight, including Defendant Zou's personal involvement in each station's investment.

139. On March 1, 2024, when Li Auto announced its February delivery results, reflecting a month when the Company sold only the L series—a 59% decline from December 2023 and a 35% decline from January 2024—Defendant Xiang Li cited "the impact of Chinese New Year and some trims of Li L series models sold out as we prepare for switching to new models" as reasons for such lackluster result. Specifically, the press release stated that,

> BEIJING, China, March 1, 2024 — Li Auto Inc. ("Li Auto" or the "Company") (Nasdaq: LI; HKEX: 2015), a leader in China's new energy vehicle market, today announced that the Company delivered 20,251 vehicles in February 2024, up 21.8% year over year. The cumulative deliveries of Li Auto vehicles reached 684,780 as of the end of February 2024.
>
> "***Even with the impact of Chinese New Year and some trims of Li L series models sold out as we prepare for switching to new models***, our average daily delivery in February (excluding the eight-day Chinese New Year holiday period) still increased significantly compared with that of February 2023. We are scheduled to officially launch the long-expected Li MEGA and 2024 Li L series models at our spring launch event this afternoon. Li MEGA is a revolutionary model meticulously crafted to meet the needs of multi-generational households, boasting remarkable product strengths, and effectively addressing the long-standing challenges of range anxiety of BEVs. Additionally, our 2024 Li L7, Li L8, and Li L9 models will come equipped with enhanced functions and features to better serve our family users. With the release and deliveries of these new models, we target to have our monthly deliveries rebound to 50,000 vehicles in March," commented Xiang Li, chairman and chief executive officer of Li Auto.

140. The bold and italicized statement was materially false and misleading when made because it failed to fully, completely and accurately disclose all present facts explaining the February delivery result. Specifically, Defendants failed to disclose that Li Auto had significantly shifted its substantial resources—including store display space, sales staff, and marketing efforts—away from the proven L series, including the new 2024 models, towards the unproven MEGA for a few months, including January and February 2024, including a 40% reduction in L8 display spots, which negatively impacted L series demand and overall delivery result in February 2024. As stated above, Defendants had actual knowledge of these facts when issuing this press release, but failed to fully and accurately apprise investors of all the reasons that resulted in the delivery results.

141. On March 21, 2024, Li Auto issued a press release on Form 6-K, titled "Li Auto Inc. Updates First Quarter Delivery Outlook," revising the vehicle deliveries outlook for the first quarter of 2024 downward. The press release stated, in relevant part:

> Li Auto [. . .] today provided an updated delivery outlook for the first quarter of 2024. ***Due to lower-than-expected order intake, the Company now expects its vehicle deliveries for the first quarter of 2024 to be between 76,000 and 78,000 vehicles, revised from the previous vehicle delivery outlook of between 100,000 and 103,000 vehicles.***
>
> "I want to reflect on a couple of the key issues that we faced in March and provide some insights and solutions.
>
> "*First, we want to acknowledge that the operating strategy of Li MEGA was mis-paced. We planned operations of Li MEGA as if the model had already entered the 1-toA-10 scaling phase, while in fact, we were still in the nascent 0-to-1 business validation period.*[19] *Similar to Li ONE and our EREV technologies, Li MEGA and our BEV technologies will also need to undergo this 0-to-1 validation process. Next, we will first focus on our core user group and target cities with stronger purchasing power, recalibrating the Li MEGA strategy back to the 0-to1 phase. After that, we will expand our reach to a broader user base and more cities.*

[19] During the "validation" period, a Company typically focuses on creating a product market fit by idea validation and product refinement, whereas during the "scaling phase", a Company typically focuses mainly on customer acquisition, team building, and operational efficiency for sustainable growth.

> "Second, we put excessive emphasis on sales volume and competition, distracting us from what we excel at – creating value for our users and driving operating efficiency. We will lower our delivery expectations and restore sustainable growth by refocusing on enhancing user value instead of competition, while maintaining operating efficiency," commented Xiang Li, chairman and chief executive officer of Li Auto.
>
> (Emphasis added.)

142. The statement, "[d]ue to lower-than-expected order intake," was materially false and misleading when made because it failed to fully, completely and accurately disclose all present facts explaining why Li Auto made the decision to lower the Q1 outlook. By emphasizing the mis-paced MEGA rollout, the press release gave investors a misleading impression that disappointing sales resulted solely from the MEGA's lackluster sales. However, in an internal letter issued on the same day, March 21, 2024, to Li Auto employees, analyzing the reasons for why Li Auto made the decision to lower the Q1 outlook, CEO Xiang Li admitted that "the sales team significantly reduced the time and energy spent on serving L series customers, and the main model, the Li Auto L8, didn't even have display space in the stores." This resource shift, including a 40% reduction in L8 display spots, was not disclosed in the press release filed on Form 6-K with the SEC, despite being an important factor known to senior management that materially impacted L series demand and contributed to the failure to meet the Q1 2024 delivery target of 100,000–103,000 units. Notably, the internal letter and the public press release were substantially the same in content, except for Defendant Xiang Li's private admission of the significant resource shift, which was found only in the internal letter.

143. Additionally, the updated outlook was materially false and misleading when made because it was accompanied by no meaningful, specific cautionary statements identifying important factors of the then existing facts that could cause the first quarter's actual results to differ

materially from the optimistic outlook. Specifically, Defendants had actual knowledge of, but failed to disclose, two important factors that could cause the first quarter's actual results to differ materially from the optimistic outlook.

144. First, Li Auto had significantly shifted its substantial resources—including store display space, sales staff, and marketing efforts—away from the proven L series, including the new 2024 models, towards the unproven MEGA during Q1 2024 and the Class Period. While issuing the optimistic Q1 outlook, Defendants did not inform investors that this resource reallocation, including a 40% reduction in L8 display spots, negatively impacted L series demand in January and February 2024 and would continue to materially adversely impact L series demand in March 2024, and thereby could cause the first quarter's overall delivery and revenue to differ materially from the optimistic Q1 2024 outlook. As stated above, Defendants had actual knowledge of this factor when making the first quarter outlook, but failed to disclose it causing the outlook materially false and misleading. Second, when the outlook was made, Defendants knew the construction of supercharging stations, crucial for the MEGA's success, was not accelerating as represented but instead proceeding at an extremely slow pace, creating a significant bottleneck for MEGA sales. This infrastructure delay was materially hampering MEGA sales and the overall Q1 2024 sales, thereby could cause the first quarter's overall delivery and revenue to differ materially from the optimistic Q1 2024 outlook. As stated above, Defendants had actual knowledge of this factor when making the first quarter outlook, but failed to disclose it, causing the outlook materially false and misleading.

## VII. THE TRUTH BEGINS TO MATERIALIZE AND EMERGE

145. On March 18, 2024, Bank of America lowered its per-share price on Li Auto to $55 from $60. In a note to its clients that day, Bank of America says it had lowered its volume sales

estimates for Li Auto by 6% and 4%, respectively, for 2024 and 2025 "as a result of lighter-than-expected new orders for the MEGA." Bank of America also reduced its net income estimates for Li Auto by 9% and 7% for 2024 and 2025, respectively.

146. On this news, Li Auto's ADS price fell $4.43 per ADS, or 12.2%, with high trading volume, to close at $32.90 per ADS on March 18, 2024.

147. On March 21, 2024, Li Auto issued a press release on Form 6-K, titled "Li Auto Inc. Updates First Quarter Delivery Outlook," significantly revising the vehicle deliveries outlook for the first quarter of 2024 downward from between 100,000 and 103,000 vehicles to between 76,000 and 78,000 vehicles, a 25% downward revision. The press release stated, in relevant part:

> Li Auto [. . .] today provided an updated delivery outlook for the first quarter of 2024. Due to lower-than-expected order intake, the Company now expects its vehicle deliveries for the first quarter of 2024 to be between 76,000 and 78,000 vehicles, revised from the previous vehicle delivery outlook of between 100,000 and 103,000 vehicles.
>
> "I want to reflect on a couple of the key issues that we faced in March and provide some insights and solutions.
>
> "First, we want to acknowledge that the operating strategy of Li MEGA was mis-paced. We planned operations of Li MEGA as if the model had already entered the 1-toA-10 scaling phase, while in fact, we were still in the nascent 0-to-1 business validation period. [20] Similar to Li ONE and our EREV technologies, Li MEGA and our BEV technologies will also need to undergo this 0-to-1 validation process. Next, we will first focus on our core user group and target cities with stronger purchasing power, recalibrating the Li MEGA strategy back to the 0-to1 phase. After that, we will expand our reach to a broader user base and more cities.
>
> "Second, we put excessive emphasis on sales volume and competition, distracting us from what we excel at – creating value for our users and driving operating efficiency. We will lower our delivery expectations and restore sustainable growth by refocusing on enhancing user value instead of competition, while maintaining

---

[20] During the "validation" period, a Company typically focuses on creating a product market fit by idea validation and product refinement, whereas during the "scaling phase", a Company typically focuses mainly on customer acquisition, team building, and operational efficiency for sustainable growth.

operating efficiency," commented Xiang Li, chairman and chief executive officer of Li Auto.

148. On this news, Li Auto's ADS price fell $2.55 per ADS, or 7.48%, to close at $31.53 per ADS on March 21, 2024.

149. Notably, this revision mentioned only the disappointing MEGA performance but failed to mention the L series' performance or the significant resource shift away from L series. Nor did it address the previously issued Q1 2024 revenue outlook, leading investors to believe revenue trends would align with the revised delivery figures.

150. At this point, the full extent of the Defendants' undisclosed material information regarding Q1 performance remained unknown. On March 22, 2024, Nomura published a research report on Li Auto following the Company's revised delivery outlook, titled "1Q and FY24 shipments target cut", noting that

> [W]hile the company has been facing some pressure around the launch of MEGA, we believe in terms of major contribution for Li Auto's business in FY24, ***it will still mainly rely on its EREV models, including the 2024 L7-9 and the upcoming L6… We suggest investors to follow up with its business plan for the L7-9*** and the launch of L6.

(Emphasis added.)

151. Then, on May 20, 2024, before the market opened, Li Auto issued a press release on Form 6-K in which it announced its unaudited financial results for the quarter ended March 31, 2024. In this press release, Li Auto reported that total deliveries for the first quarter of 2024 were 80,400 vehicles, meeting the downward revised outlook. While the number of vehicle deliveries increased by 52.9% compared to the same quarter of the prior year, vehicle sales grew by only 32.3%, and total revenue increased by just 36.4%. Specifically, the press release stated, in relevant part, that

**Operating Highlights for the First Quarter of 2024**

- Total deliveries for the first quarter of 2024 were 80,400 vehicles, representing a 52.9% year-over-year increase.

| | 2024 Q1 | 2023 Q4 | 2023 Q3 | 2023 Q2 |
|---|---|---|---|---|
| **Deliveries** | 80,400 | 131,805 | 105,108 | 86,533 |
| | **2023 Q1** | **2022 Q4** | **2022 Q3** | **2022 Q2** |
| **Deliveries** | 52,584 | 46,319 | 26,524 | 28,687 |

- As of March 31, 2024, in China, the Company had 474 retail stores in 142 cities, 356 servicing centers and Li Auto-authorized body and paint shops operating in 209 cities, and 357 super charging stations in operation equipped with 1,544 charging stalls.

**Financial Highlights for the First Quarter of 2024**

- **Vehicle sales** were RMB24.3 billion (US$3.4 billion) in the first quarter of 2024, representing an increase of 32.3% from RMB18.3 billion in the first quarter of 2023 and a decrease of 39.9% from RMB40.4 billion in the fourth quarter of 2023.
- **Vehicle margin** was 19.3% in the first quarter of 2024, compared with 19.8% in the first quarter of 2023 and 22.7% in the fourth quarter of 2023.
- **Total revenues** were RMB25.6 billion (US$3.6 billion) in the first quarter of 2024, representing an increase of 36.4% from RMB18.8 billion in the first quarter of 2023 and a decrease of 38.6% from RMB41.7 billion in the fourth quarter of 2023.
- **Loss from operations** was RMB584.9 million (US$81.0 million) in the first quarter of 2024, compared with RMB405.2 million income from operations in the first quarter of 2023 and RMB3.0 billion income from operations in the fourth quarter of 2023.

152. This press release revealed that Li Auto's vehicle sales, total revenue and other key financial and operational metrics suffered a significant decrease as a result of the sluggish first-quarter vehicle deliveries. Notably, this marked the first time that Li Auto reported a quarterly operational loss after four consecutive profitable quarters in 2023.

153. On the same day, Li Auto hosted an earnings call with investors and analysts to discuss the Company's Q1 2024 results. During the earnings call, Defendant X. Li revealed that "in the past few months," the number of L8 display spots had been reduced by 40%, stating that

"this is being recovered by now." Defendant X. Li also announced the abandonment of plans to launch new pure electric vehicles in 2024, acknowledging that Li Auto did not have a sufficient number of Li Auto-branded supercharging stations, which he described as "a necessary requirement" for releasing BEVs.

154. On this news, the price of Li Auto's ADS price fell $3.18 per ADS, or 12.77%, to close at $21.71 per ADS on May 20, 2024.

155. On May 22, 2024, CLSA[21] published a research report on Li Auto following the Company's first-quarter financial results, titled "BEV Models Delayed," noting the impact on L series sales due to Li Auto's allocation of resources to the MEGA, and highlighting the continued impact of this strategy on the entire 2024. Specifically, it stated that:

> **Deliveries still under pressure**: Li Auto delivered 80k vehicles in 1Q24, up 53% YoY/down 39% QoQ. ***We would note a declining trend in L7, L8 and L9 volume due to lower marketing resources due to the launch of the Mega***. The company guided for 105k-110k deliveries in 2Q24, indicating a slight demand rebound in May. However, to reach its annual target the company will still have high sales pressure in 2H24.
>
> (Emphasis added.)

156. Ultimately, Li Auto delivered 500,508 units in total for 2024, 299,492 units, or 37.4%, fewer than the 800,000-unit annual outlook that Li Auto had set for 2024 at the beginning of the year. The total number of supercharging stations reached 1,727—273 stations, or 14%, below the promised 2,000.

---

[21] CLSA Ltd. (formerly known as Credit Lyonnais Securities Asia) is a capital markets and investment group focused on alternative investment, asset management, corporate finance and capital markets, securities and wealth management for corporate and institutional clients. With headquarters in Hong Kong, CLSA has over 3,000 staff located in 21 cities across Asia, Australia, Europe and the United States.

## VIII. NO SAFE HARBOR; INAPPLICABILITY OF BESPEAKS CAUTION DOCTRINE

157. The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the material misrepresentations and omissions alleged in this Complaint.

158. To the extent certain of the statements alleged to be misleading or inaccurate may be characterized as forward looking, they were not identified as "forward-looking statements" when made and there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements.

159. Defendants are also liable for any false or misleading "forward-looking statements" pleaded because, at the time each "forward-looking statement" was made, the speaker knew the "forward-looking statement" was false or misleading and the "forward-looking statement" was authorized and/or approved by an executive officer of Li Auto who knew that the "forward-looking statement" was false. The statements alleged to be false and misleading herein all relate to then-existing facts and conditions.

160. The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this Complaint. The statements alleged to be false and misleading herein all relate to then-existing facts and conditions. In addition, to the extent certain of the statements alleged to be false may be characterized as forward looking, they were not identified as "forward-looking statements" when made and there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements. In the alternative, to the extent that the statutory safe harbor is determined to apply to any forward-

looking statements pleaded herein, Defendants are liable for those false forward-looking statements because at the time each of those forward-looking statements was made, the speaker had actual knowledge that the forward-looking statement was materially false or misleading, and/or the forward-looking statement was authorized or approved by an executive officer of Li Auto who knew that the statement was false when made.

## IX. PLAINTIFFS' CLASS ACTION ALLEGATIONS

161. Plaintiffs bring this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class consisting of all persons other than defendants who acquired Li Auto securities publicly traded on the NASDAQ during the Class Period, and who were damaged thereby (the "Class"). Excluded from the Class are Defendants, the officers and directors of the Company, members of the Individual Defendants' immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

162. The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, the Company's securities were actively traded on the NASDAQ. While the exact number of Class members is unknown to Plaintiffs at this time and can be ascertained only through appropriate discovery, Plaintiffs believe that there are hundreds, if not thousands of members in the proposed Class.

163. Plaintiffs' claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

164. Plaintiffs will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation. Plaintiffs

have no interests antagonistic to or in conflict with those of the Class.

165. Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

- whether the Exchange Act was violated by Defendants' acts as alleged herein;
- whether statements made by Defendants to the investing public during the Class Period misrepresented material facts about the business and financial condition of the Company;
- whether Defendants' public statements to the investing public during the Class Period omitted material facts necessary to make the statements made, in light of the circumstances under which they were made, not misleading;
- whether the Defendants caused the Company to issue false and misleading filings during the Class Period;
- whether Defendants acted knowingly or recklessly in issuing false filings;
- whether the prices of the Company's securities during the Class Period were artificially inflated because of the Defendants' conduct complained of herein; and
- whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

166. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

167. Plaintiffs will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine in that:

- the Company's securities met the requirements for listing, and were listed and actively traded on the NASDAQ, an efficient market;
- as a public issuer, the Company filed public reports;
- the Company communicated with public investors via established market communication mechanisms, including through the regular dissemination of press releases via major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services;
- the Company's securities were liquid and traded with moderate to heavy volume during the Class Period; and
- the Company was followed by a number of securities analysts employed by major brokerage firms who wrote reports that were widely distributed and publicly available.

168. Based on the foregoing, the market for the Company securities promptly digested current information regarding the Company from all publicly available sources and reflected such information in the prices of the common units, and Plaintiffs and the members of the Class are entitled to a presumption of reliance upon the integrity of the market.

169. Alternatively, Plaintiffs and the members of the Class are entitled to the presumption of reliance established by the Supreme Court in *Affiliated Ute Citizens of the State of Utah v. United States*, 406 U.S. 128 (1972), as Defendants omitted material information in their Class Period statements in violation of a duty to disclose such information as detailed above.

## X. COUNTS

### a. <u>Count I (For Violations of Section 10(b) And Rule 10b-5 Promulgated Thereunder Against All Defendants)</u>

170. Plaintiffs repeat and reallege each and every allegation contained above as if fully set forth herein.

171. This Count asserted against Defendants is based upon Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

172. During the Class Period, Defendants, individually and in concert, directly or indirectly, disseminated or approved the false statements specified above, which they knew or deliberately disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

173. Defendants violated §10(b) of the 1934 Act and Rule 10b-5 in that they:

- employed devices, schemes, and artifices to defraud;
- made untrue statements of material facts or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or
- engaged in acts, practices and a course of business that operated as a fraud or deceit upon Plaintiffs and others similarly situated in connection with their purchases of the Company's securities during the Class Period.

174. Defendants acted with scienter in that they knew that the public documents and statements issued or disseminated in the name of the Company were materially false and misleading; knew that such statements or documents would be issued or disseminated to the

investing public; and knowingly and substantially participated, or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the securities laws. These defendants by virtue of their receipt of information reflecting the true facts of the Company, their control over, and/or receipt and/or modification of the Company's allegedly materially misleading statements, and/or their associations with the Company which made them privy to confidential proprietary information concerning the Company, participated in the fraudulent scheme alleged herein.

175. Individual Defendants, who are or were senior executives and/or directors of the Company, had actual knowledge of the material omissions and/or the falsity of the material statements set forth above, and intended to deceive Plaintiffs and the other members of the Class, or, in the alternative, acted with reckless disregard for the truth when they failed to ascertain and disclose the true facts in the statements made by them or other Company's personnel to members of the investing public, including Plaintiffs and the Class.

176. As a result of the foregoing, the market price of the Company's securities was artificially inflated during the Class Period. In ignorance of the falsity of Defendants' statements, Plaintiffs and the other members of the Class relied on the statements described above and/or the integrity of the market price of the Company's securities during the Class Period in purchasing the Company's securities at prices that were artificially inflated as a result of Defendants' false and misleading statements.

177. Had Plaintiffs and the other members of the Class been aware that the market price of the Company's securities had been artificially and falsely inflated by Defendants' misleading statements and by the material adverse information which Defendants did not disclose, they would

not have purchased the Company's securities at the artificially inflated prices that they did, or at all.

178. As a result of the wrongful conduct alleged herein, Plaintiffs and other members of the Class have suffered damages in an amount to be established at trial.

179. By reason of the foregoing, Defendants have violated Section 10(b) of the 1934 Act and Rule 10b-5 promulgated thereunder and are liable to the Plaintiffs and the other members of the Class for substantial damages which they suffered in connection with their purchase of the Company's securities during the Class Period.

**b. <u>Count II (Violations of Section 20(a) of the Exchange Act Against the Individual Defendants)</u>**

180. Plaintiffs repeat and reallege each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

181. During the Class Period, the Individual Defendants participated in the operation and management of the Company, and conducted and participated, directly and indirectly, in the conduct of the Company's business affairs. Because of their senior positions, they knew the adverse non-public information regarding the Company's business practices.

182. As officers of a public business, the Individual Defendants had a duty to disseminate accurate and truthful information with respect to the Company's financial condition and results of operations, and to correct promptly any public statements issued by the Company which had become materially false or misleading.

183. Because of their positions of control and authority as senior executives and/or directors, the Individual Defendants were able to, and did, control the contents of the various reports, press releases and public filings which the Company disseminated in the marketplace during the Class Period concerning the Company's results of operations. Throughout the Class

Period, the Individual Defendants exercised their power and authority to cause the Company to engage in the wrongful acts complained of herein. The Individual Defendants therefore were "controlling persons" of the Company within the meaning of Section 20(a) of the Exchange Act. In this capacity, they participated in the unlawful conduct alleged which artificially inflated the market price of Company securities.

184. By reason of the above conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act for the violations committed by the Company.

## XI. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs, on behalf of themselves and the Class, prays for judgment and relief as follows:

(a) declaring this action to be a proper class action, designating Plaintiffs as Lead Plaintiffs and certifying Plaintiffs as the class representatives under Rule 23 of the Federal Rules of Civil Procedure and designating Plaintiffs' counsel as Lead Counsel;

(b) awarding damages in favor of Plaintiffs and the other Class members against all defendants, jointly and severally, together with interest thereon;

(c) awarding Plaintiffs and the Class reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d) awarding Plaintiffs and other members of the Class such other and further relief as the Court may deem just and proper.

## XII. JURY TRIAL DEMANDED

Plaintiffs hereby demand a trial by jury.

Dated: June 6, 2025

**THE ROSEN LAW FIRM, P.A.**

/s/Jing Chen________
Jing Chen
Phillip Kim
Laurence M. Rosen
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Emails: jchen@rosenlegal.com
pkim@rosenlegal.com
lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs*